## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SIGHT SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-cv-1317-LPS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| IVANTIS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## IVANTIS, INC.'S SUPPLEMENTAL
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ivantis, Inc. ("Ivantis") states as follows:

Ivantis, Inc. is an indirect, wholly owned subsidiary of Alcon Inc., a publicly traded company.

Alcon Inc. has no parent corporation and no publicly traded company owns 10% or more of the stock of Alcon Inc.

Dated: January 24, 2022            **FISH & RICHARDSON P.C.**

                             *__/s/ Warren K. Mabey Jr.__*
                             Douglas E. McCann (#3852)
                             Warren K. Mabey Jr. (#5775)
                             FISH & RICHARDSON P.C.
                             222 Delaware Avenue, 17th Floor
                             Wilmington, DE 19899-1114
                             (302) 652-5070
                             dmccann@fr.com
                             mabey@fr.com

Frank E. Scherkenbach
One Marina Park Drive
Boston, MA 02210
scherkenbach@fr.com

Corrin Drakulich
1180 Peachtree St, NE
Atlanta, GA 30309
drakulich@fr.com

Todd G. Miller
John Thornburgh
12860 El Camino Real
Suite 400
San Diego, CA 92130
miller@fr.com
thornburgh@fr.com

Kenton W. Freeman, Jr.
1000 Maine Ave SW
Washington, DC 20024
kfreeman@fr.com

Kyle Fleming
7 Times Square
20th Floor
New York, NY 10036
kfleming@fr.com

***Attorneys for Defendant
IVANTIS, INC.***