IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1317-VAC-SRF ) |
| IVANTIS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 18, 2022, the following documents were served on the persons listed below in the manner indicated:

1) Defendant Ivantis Inc.'s Objections and Responses to Plaintiff Sight Sciences, Inc.'s First Set of Interrogatories (Nos. 1-6)

2) Defendant Ivantis Inc.'s Objections and Responses to Plaintiff Sight Sciences, Inc.'s First Set of Requests For Production of Documents and Things (Nos. 1-88)

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Michelle S. Rhyu, J.D., Ph.D.
David N. Murdter
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94305
(650) 843-5000
rhyums@cooley.com
dmurdter@cooley.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

|  |  |
|---|---|
| | /s/ Andrew E. Russell |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | Nathan Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Gregg LoCascio | jshaw@shawkeller.com |
| Justin Bova | arussell@shawkeller.com |
| KIRKLAND & ELLIS LLP | nhoeschen@shawkeller.com |
| 1301 Pennsylvania Avenue, N.W. | *Attorneys for Defendant* |
| Washington, DC 20004 | |
| (202) 389-5000 | |

Kat Li
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX  78701
(512) 678-9100

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Dated: May 18, 2022