IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIGHT SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1317-VAC-SRF |
| | ) | |
| IVANTIS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 14, 2022, the following document was served on the persons listed below in the manner indicated:

1. Defendant Ivantis Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

Michelle S. Rhyu, J.D., Ph.D.
David N. Murdter
Deepa Kannappan
Emily M. Ross
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94305
(650) 843-5000
rhyums@cooley.com
dmurdter@cooley.com
dkannappan@cooley.com
eross@cooley.com

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Gregg LoCascio | Nathan Hoeschen (No. 6232) |
| Justin Bova | SHAW KELLER LLP |
| KIRKLAND & ELLIS LLP | I.M. Pei Building |
| 1301 Pennsylvania Avenue, N.W. | 1105 North Market Street, 12th Floor |
| Washington, DC 20004 | Wilmington, DE 19801 |
| (202) 389-5000 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | nhoeschen@shawkeller.com |
| Kat Li | arussell@shawkeller.com |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant* |
| 401 Congress Avenue | |
| Austin, TX  78701 | |
| (512) 678-9100 | |

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Dated: June 14, 2022