IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-VAC-SRF |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTE**

Plaintiff Sight Sciences, Inc. and Defendant Ivantis, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the scope of in-house counsel access under the parties' proposed protective order.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: June 30, 2022; July 11, 2022.

Delaware Counsel:
Melanie K. Sharp and Taylor E. Hallowell from Young Conaway Stargatt & Taylor LLP on behalf of Plaintiff
John W. Shaw and Andrew E. Russell from Shaw Keller on behalf of Defendant

Lead Counsel:
Orion Armon and Benjamin Lin from Cooley LLP on behalf of Plaintiff
Kat Li and Austin Teng from Kirkland & Ellis LLP on behalf of Defendant

The parties are available for a teleconference on the following dates:

- August 9 (afternoon)
- August 10 (afternoon)
- August 16

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| /s/ Taylor E. Hallowell | /s/ Andrew E. Russell |
| Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com<br><br>COOLEY LLP<br>Michelle S. Rhyu<br>David Murdter<br>Deepa Kannappan<br>Emily M. Ross<br>Benjamin S. Lin<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>(650) 843-5000<br><br>Orion Armon<br>1144 15th Street, Suite 2300<br>Denver, CO  80202-2686<br>(720) 566-4000<br><br>*Attorneys for Sight Sciences, Inc.* | John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>KIRKLAND & ELLIS LLP<br>Gregg LoCascio<br>Justin Bova<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 389-5000<br><br>Kat Li<br>Austin C. Teng<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100<br><br>Ryan Kane<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800<br><br>*Attorneys for Ivantis, Inc.* |