# EXHIBIT A

## EXHIBIT A
## [PROPOSED] AMENDED CASE SCHEDULE

| Event | Proposed Date |
| --- | --- |
| Rule 26(a)(1) initial disclosures | 5/24/2022 |
| Case management conference | 6/2/2022 |
| Plaintiff to identify Accused Products and Asserted Patents, and produce file histories | 6/7/2022 |
| Both parties' initial disclosures of custodians and ESI issues under paragraph 3 of the Default Standard for Discovery | 6/7/2022 |
| Defendants to produce core technical docs related to Accused Products | 7/7/2022 |
| Plaintiff to produce initial infringement contentions | 8/2/2022 |
| Defendants to produce initial invalidity contentions for '482, '443, '742, and '361 patents | 9/1/2022 |
| Disclose opinions of counsel | 9/15/2022 |
| Defendants to produce initial invalidity contentions for '328 patent | 9/22/2022 |
| Exchange claim construction terms and proposed constructions | 10/6/2022 |
| Submit Joint Claim Construction Chart | 10/20/2022 |
| Plaintiff to serve (but not file) opening claim construction brief | 11/10/2022 |
| Defendants to serve (but not file) answering claim construction brief | 12/8/2022 |
| Plaintiff to serve (but not file) reply claim construction brief | 12/29/2022 |
| Defendants to serve (but not file) sur-reply claim construction brief | 1/12/2023 |
| Submit interim status report | 1/12/2023 |
| Status conference | 1/18/2023 @ 10:00 am |
| File Joint Claim Construction Brief | 1/19/2023 |
| *Markman* hearing | TBD |
| Last day for joinder of other parties and amendment of pleadings | 3/2/2023 |
| Deadline for substantial completion of document production | 3/9/2023 |

| Event | Proposed Date |
|---|---|
| Plaintiff to provide final infringement contentions | 5/18/2023 or 30 days after *Markman* order, whichever is later |
| Defendants to provide final invalidity contentions | 6/8/2023 or 60 days after *Markman* order, whichever is later |
| Close of fact discovery | 7/20/2023 |
| Initial FRCP 26(a)(2) disclosure of expert testimony | 8/10/2023 |
| Last day for supplemental disclosure of expert testimony to contradict or rebut evidence on the same matter identified by another party | 9/12/2023 |
| Reply expert reports from the party with the initial burden of proof | 10/10/2023 |
| Close of expert discovery | 11/16/2023 |
| File case dispositive and *Daubert* motions | 12/14/2023 |
| File joint proposed final pretrial order | Seven days prior to pretrial conference |
| File Jury Instructions, Voir Dire, and Verdict Forms | Four days prior to pretrial conference |
| Pretrial conference | 2 weeks prior to start of trial |
| Trial | TBD |