IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1317-VAC-SRF |
| | ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO SECOND AMENDED COMPLAINT**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon Inc. to move, plead, or otherwise respond to the Second Amended Complaint (D.I. 59) is extended through and including September 15, 2022.

Dated: August 8, 2022

| | |
|---|---|
| */s/ Taylor E. Hallowell* | */s/ Andrew E. Russell* |
| Melanie K. Sharp (No. 2501) | John W. Shaw (No. 3362) |
| James L. Higgins (No. 5021) | Andrew E. Russell (No. 5382) |
| Taylor E. Hallowell (No. 6815) | Nathan Hoeschen (No. 6232) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| 1000 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 571-6600 | Wilmington, DE 19801 |
| msharp@ycst.com | (302) 298-0700 |
| jhiggins@ycst.com | jshaw@shawkeller.com |
| thallowell@ycst.com | nhoeschen@shawkeller.com |
| | |
| Michelle S. Rhyu | Gregg LoCascio |
| David Murdter | Justin Bova |
| Deepa Kannappan | KIRKLAND & ELLIS LLP |
| Emily M. Ross | 1301 Pennsylvania Avenue, N.W. |
| Benjamin S. Lin | Washington, DC 20004 |
| COOLEY LLP | (202) 389-5000 |
| 3175 Hanover Street | |
| Palo Alto, CA 94304-1130 | Kat Li |
| (650) 843-5000 | Austin Teng |
| | KIRKLAND & ELLIS LLP |
| Orion Armon | 401 Congress Avenue |
| COOLEY LLP | Austin, TX 78701 |
| 1144 15th Street, Suite 2300 | (512) 678-9100 |
| Denver, CO 80202-2686 | |
| (720) 566-4000 | Ryan Kane |
| | KIRKLAND & ELLIS LLP |
| *Attorneys for Plaintiff* | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |
| | |
| | *Attorneys for Defendants* |

SO ORDERED on this _____ day of August, 2022

_____
United States Magistrate Judge