# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOYA CORPORATION et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-cv-03629-M |
| ALCON INC, et al., | § § § | |
| Defendants. | § § § | |

**ORDER**

On July 12, 2021, Plaintiffs HOYA Corporation and HOYA Surgical Optics, Inc. and Defendants Alcon Inc., Alcon Laboratories, Inc., and Alcon Research, LLC filed a Joint Submission Regarding Entry of Protective Order (ECF No. 35), moving the Court for the entry of a protective order. The parties proposed two modifications to the Model Protective Order, one of which was disputed. The defendants proposed that two in-house counsel to the parties have access to documents marked "Confidential Attorney Eyes Only Information" ("Confidential AEO"), while the plaintiffs proposed that no in-house counsel have access to Confidential AEO documents (ECF No. 35-1).

The Court advises the parties that it will grant a protective order providing that one in-house counsel for the plaintiffs and one for the defendants may review Confidential AEO documents, with strict limitations on the use of such information. The Court ORDERS the parties to confer and submit a new proposed protective order that accomplishes that by **October 1, 2021**.

**SO ORDERED**.

September 23, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE