IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-VAC-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 31, 2022, the following document was served on the persons listed below in the manner indicated:

1. Defendants' First Amended Initial Disclosures Pursuant to Rule 26(a)(1)

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

Michelle S. Rhyu, J.D., Ph.D.
David N. Murdter
Deepa Kannappan
Emily M. Ross
Benjamin S. Lin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94305
(650) 843-5000
rhyums@cooley.com
dmurdter@cooley.com
dkannappan@cooley.com
eross@cooley.com
blin@cooley.com

|  |  |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Justin Bova<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Kat Li<br>Austin C. Teng<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100<br><br>Ryan Kane<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: August 31, 2022 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendants* |