IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIGHT SCIENCES, INC., | ) | |
| | ) | C. A. No.:  21-1317-GBW-SRF |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, | ) | |
| ALCON VISION, LLC AND ALCON INC., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT LETTER TO THE HONORABLE JUDGE GREGORY B. WILLIAMS

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

SHAW KELLER LLP
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Sight Sciences, Inc.*

*Attorneys for Ivantis, Inc., Alcon Research LLC,
Alcon Vision, LLC and Alcon Inc.*

Dated:  October 5, 2022

Dear Judge Williams:

The parties write to respectfully request that the Court schedule a *Markman* hearing and trial dates, which were omitted from the Scheduling Order (D.I. 47) and Amended Scheduling Order (D.I. 65) entered by Magistrate Judge Fallon. If the Court's schedule permits it, the parties request that the *Markman* hearing be held during the week of February 27, 2023 and a 5-day trial be scheduled for March of 2024.

The parties are available should the Court wish to discuss these dates or the status of the case generally.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

_____

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com


*Attorneys for Sight Sciences, Inc.*


SHAW KELLER LLP

*/s/ Andrew E. Russell*

_____

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com


*Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc.*


Dated:  October 5, 2022


29783749.1