IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., </br></br> Plaintiff, </br></br> v. </br></br> IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 21-1317-GBW-SRF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 17, 2022, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' Second Supplemental Objections and Responses to Plaintiff Sight Sciences, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-88)
2. Defendants' Supplemental Objections and Responses to Plaintiff Sight Sciences, Inc.'s First Set of Interrogatories (Nos. 1-6)

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp </br> James L. Higgins </br> Taylor E. Hallowell </br> YOUNG, CONAWAY, STARGATT & TAYLOR LLP </br> Rodney Square </br> 1000 North King Street </br> Wilmington, DE 19801 </br> (302) 571-6600 </br> msharp@ycst.com </br> jhiggins@ycst.com </br> thallowell@ycst.com | Michelle S. Rhyu, J.D., Ph.D. </br> David N. Murdter </br> Deepa Kannappan </br> Emily M. Ross </br> Benjamin S. Lin </br> COOLEY LLP </br> 3175 Hanover Street </br> Palo Alto, CA 94305 </br> (650) 843-5000 </br> rhyums@cooley.com </br> dmurdter@cooley.com </br> dkannappan@cooley.com </br> eross@cooley.com </br> blin@cooley.com |

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

OF COUNSEL:
Gregg LoCascio
Justin Bova
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Kat Li
Austin C. Teng
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Dated: October 18, 2022

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants*

2