IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIGHT SCIENCES, INC., | ) | |
| | ) | C. A. No.:  21-1317-GBW-SRF |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, | ) | |
| ALCON VISION, LLC AND ALCON INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 10 of the Amended Scheduling Order (D.I. 65), the parties hereby submit their Joint Claim Construction Chart, a copy of which is attached as **Exhibit A**, for U.S. Patent No. 8,278,482 ("the '482 Patent") (Ex. 1), U.S. Patent No. 9,370,443 ("the '443 Patent") (Ex. 2), U.S. Patent No. 9,486,361 ("the '361 Patent") (Ex. 3), U.S. Patent No. 10,314,742 ("the '742 Patent") (Ex. 4), and U.S. Patent No. 11,389,328 ("the '328 Patent") (Ex. 5) (collectively, the "Asserted Patents").  A copy of U.S. Patent No. 7,909,789 ("the '789 Patent"), unasserted parent patent to the Asserted Patents, is also attached as Exhibit 6. A copy of portions of the intrinsic record referred to herein, comprising excerpts from the prosecution file histories ("FH") of the aforementioned patents, are attached as Exhibits 8-51.

The parties' Joint Claim Construction Chart identifies the disputed claim terms, the parties' proposed constructions of those terms, and supporting intrinsic evidence.  Citations to the Asserted Patents are in column:line format.  Any citations to text includes any figures referred to in the text or vice-versa.  The parties' citation to a passage or figure from one of the Asserted Patents is intended to incorporate by reference the corresponding passages or figures of the other Asserted Patents.  The parties reserve the right to cite to any intrinsic evidence listed by the other party or any expert that the other party relies on for claim construction.  The parties reserve the right to rely

on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by any other party during the claim construction briefing.  The intrinsic evidence that may be relied on also includes the claim terms to be construed.

Copies of the following are attached as Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 1 | U.S. Patent No. 8,278,482 |
| 2 | U.S. Patent No. 9,370,443 |
| 3 | U.S. Patent No. 9,486,361 |
| 4 | U.S. Patent No. 10,314,742 |
| 5 | U.S. Patent No. 11,389,328 |
| 6 | U.S. Patent No. 7,909,789 |
| 7 | Exhibit Not Used |
| 8 | '482 file history, 2010-01-27 Original Patent Application |
| 9 | '482 file history, 2012-01-26 Non-Final Rejection |
| 10 | '482 file history, 2012-04-26 Amendment |
| 11 | '482 file history, 2012-06-11 Notice of Allowance |
| 12 | '443 file history, 2011-02-10 Original Patent Application |
| 13 | '443 file history, 2014-08-22 Amendment |
| 14 | '443 file history, 2014-09-15 Final Rejection |
| 15 | '443 file history, 2015-01-13 Amendment |
| 16 | '443 file history, 2015-02-23 Non-Final Rejection |
| 17 | '443 file history, 2015-06-23 Response |
| 18 | '443 file history, 2015-07-10 Non-Final Rejection |
| 19 | '443 file history, 2015-12-03 Applicant Initiated Interview Summary |
| 20 | '443 file history, 2016-01-11 Amendment |
| 21 | '443 file history, 2016-03-01 Notice of Allowance |
| 22 | '361 file history, 2012-04-12 Original Patent Application |
| 23 | '361 file history, 2015-08-03 Amendment |
| 24 | '361 file history, 2015-08-19 Final Rejection |
| 25 | '361 file history, 2015-11-19 Response |
| 26 | '361 file history, 2015-12-14 Non-Final Rejection |
| 27 | '361 file history, 2016-06-14 Amendment |
| 28 | '361 file history, 2016-07-13 Notice of Allowance |
| 29 | '742 file history, 2016-06-14 Original Patent Application |
| 30 | '742 file history, 2016-12-07 Preliminary Amendment |
| 31 | '742 file history, 2018-08-09 Non-Final Rejection |
| 32 | '742 file history, 2018-12-10 Amendment |
| 33 | '742 file history, 2019-02-06 Notice of Allowance |
| 34 | '328 file history, 2019-05-15 Original Patent Application |
| 35 | '328 file history, 2019-10-24 Preliminary Amendment |
| 36 | '328 file history, 2022-04-26 Non-Final Rejection |
| 37 | '328 file history, 2022-06-08 Notice of Allowance |
| 38 | '789 file history, 2006-06-26 Original Patent Application |
| 39 | '789 file history, 2009-11-09 Amendment |
| 40 | '789 file history, 2010-09-02 Amendment |
| 41 | '789 file history, 2010-11-01 Final Rejection |
| 42 | '789 file history, 2010-12-13 Examiner Interview Summary |

| Exhibit No. | Description |
|---|---|
| 43 | '789 file history, 2010-12-22 Amendment |
| 44 | '789 file history, 2011-02-02 Notice of Allowance |
| 45 | '443 file history, 2014-08-22 Foreign Reference |
| 46 | Exhibit Not Used |
| 47 | '443 file history, 2014-02-24 Office Action |
| 48 | '789 file history, 2010-05-17 Office Action |
| 49 | '361 file history, 2015-02-04 Office Action |
| 50 | '443 file history, 2011-02-10 Preliminary Amendment |
| 51 | '443 file history, 2015-06-23 Foreign Reference |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

COOLEY LLP
Michelle S. Rhyu
David Murdter
Deepa Kannappan
Emily M. Ross
Benjamin S. Lin
Priyamvada Arora
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000

Orion Armon
1144 15th Street, Suite 2300
Denver, CO  80202-2686
(720) 566-4000

*Attorneys for Sight Sciences, Inc.*


Dated:  October 21, 2022

SHAW KELLER LLP

*/s/ Andrew E. Russell*

_____

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

KIRKLAND & ELLIS LLP
Gregg LoCascio
Justin Bova
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 389-5000

Kat Li
Austin C. Teng
401 Congress Avenue
Austin, TX  78701
(512) 678-9100

Ryan Kane
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

*Attorneys for Ivantis, Inc., Alcon Research LLC,*
*Alcon Vision, LLC and Alcon Inc.*

**Exhibit A:  Joint Claim Construction Chart for the Asserted Patents**

**Agreed-Upon Constructions:**

**None.**

**Disputed Constructions:**

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 1 | "arcuate member" | '443: 1, 58<br><br>'361: 1<br><br>'742: 1<br><br>'328: 1 | "a structure that is arced or bowed" | '443 Patent (Ex. 2) at 4:13-15, 11:60-12:22, 12:39-40, Figs. 11A-11D, Figs. 12A, 12C.<br><br>'443 File History:<br>• 2011-02-10 Original Claims (Ex. 12), including Claims 1, 14, 15<br>• 2014-08-22 Amendment to the Claims (Ex. 13), including Claims 1, 14, 15<br>• 2015-01-13 Amendment Submitted/Entered with Filing of CPA/RCE (Ex. 15), including Claims 1, 14, 15 and 53, pp. 11-12 | "bent or curved portion" | '482 Patent (Ex. 1): 3:53-60, 4:4-10, 4:13-15, 5:39-43, 5:53-56, 8:18-21, 9:30-35, 9:62-10:3, 10:25-29, 10:36-38, 10:44-49, 11:11-20, 11:45-59, 11:65-12:22, 12:39-40, 14:11-15, 14:60-15:3, 16:46-48, 17:45-52; Figs. 5B-5C, 6A-C, 7A-E, 8A-C, 8F-H, 9A-B, 10A-C, 11A-C, 12A-H, 13, 14A-D<br><br>'443 Patent (Ex. 2): 5:53-56, 12:2-6; Fig. 11D<br><br>'443 File History (SGHT0002922):<br>• 3565, 3587-3588 (8/22/2014 Foreign Reference) (Ex. 45)<br>• 3839-3840 (6/23/2015 Amendments/Response) (Ex. 17) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | • 2015-06-23 Listing of Claims (Ex. 17), including Claim 1<br>• 2015-06-23 Applicant Arguments (Ex. 17), including pp. 11-17<br>• 2015-07-10 Non-Final Rejection (Ex. 18), including pp. 3-6.<br>• 2015-12-03 Applicant Initiated Interview Summary (Ex. 19)<br>• 2016-01-11 Amendment to the Claims (Ex. 20), including Claim 1.<br>• 2016-01-11 Applicant Arguments/Remarks Made in an Amendment (Ex. 20), including pp. 15-18 | | • 3959-3960 (7/10/2015 Office Action) (Ex. 18)<br>• 3981-4003 (1/11/2016 Amendments/Response) (Ex. 20)<br><br>'361 File History (SGHT0004419):<br>• 5577-5583 (6/14/2016 Amendments/Response) (Ex. 27)<br><br>'742 File History (SGHT0005780):<br>• 6412-6421 (12/10/2018 Amendments/Response) (Ex. 32) |
| 2 | "fenestration" | '482: 1, 21, 32, | No construction of this term is | '482 Patent (Ex. 1) at 5:30-31, 5:44-46, Fig. 6C, 9:35-38, Fig. 8E, | "gap or opening" | '482 Patent (Ex. 1): 3:47-52, 3:65-4:3, 5:30-31, 5:44-46, 9:21-39, 10:50-57, |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | 52, 63<br><br>'443: 8<br><br>'361: 1<br><br>'742: 2<br><br>'328: 22, 23 | necessary.<br><br>If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., "a window or opening." | 10:49-53, Fig. 12F, 12:48-50, 14:12-36, Fig. 13.<br><br>'482 File History:<br>• 2012-01-26 Non-Final Rejection (Ex. 9), including p. 5 | | 12:47-50, 14:13-16, 14:26-31, 17:62-67; Figs. 6A-C, 8A-H, 12E-H, 13<br><br>'482 File History (SGHT0002688):<br>• 2722-2730 (1/27/2010 Claims) (Ex. 8)<br>• 2793 (1/26/2012 Office Action) (Ex. 9)<br>• 2801-2816 (4/26/2012 Amendments/Response) (Ex. 10)<br><br>'443 File History (SGHT0002922):<br>• 3031-3042 (2/24/2014 Office Action) (Ex. 47)<br>• 3760-3772 (9/15/2014 Office Action) (Ex. 14)<br>• 3809-3824 (2/23/2015 Office Action) (Ex. 16)<br>• 3958-3973 (7/10/2015 Office Action) (Ex. 18)<br><br>'789 File History (SGHT0007761):<br>• 8059-8068 (5/17/2010 Office Action) (Ex. 48) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | • 8110-8111 (9/2/2010 Amendments/Response) (Ex. 40)<br>• 8142-8153 (11/1/2010 Office Action) (Ex. 41)<br>• 8176 (12/22/2010 Amendments/Response) (Ex. 43)<br><br>'361 File History (SGHT0004419):<br>• 5028-5035 (8/3/2015 Amendments/Response) (Ex. 23)<br>• 5157-5162 (8/19/2015 Office Action) (Ex. 24)<br>• 5565-5571 (12/14/2015 Office Action) (Ex. 26)<br>• 5577-5583 (6/14/2016 Amendments/Response) Ex. 27) |
| 3 | "fluted edges" | '482: 5, 36, 68 | No construction of this term is necessary.<br><br>If the court decides to construe this term, it should | '482 Patent (Ex. 1) at 3:47-52, Figs. 6A-6B, 9:28-35, 10:49-11:6, Figs. 8E-8H.<br><br>'482 File History: | "grooves" | '482 Patent (Ex. 1): 5:44-48, 9:28-35, 10:49-55, 11:4-6, 11:28-30; Figs. 6A-B, 8E-H, 9B |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | be construed according to its plain and ordinary meaning, i.e., "edges that go in and out." | • 2012-01-26 Non-Final Rejection (Ex. 9), including p. 5 | | |
| 4 | "fluid may traverse the canal without substantial interference from the support" OR "support does not substantially interfere with [longitudinal/transmural] flow" OR "does not significantly block fluid outflow" | '482: 1, 32, 63 '443: 1, 56, 57, 58 '361: 6, 7, 8 '742: 17, 18 '328: 7, 8 | No construction of this term is necessary, and the term is not indefinite. Definitional language from specification: "the support does not significantly block either fluid outflow from the trabecular meshwork or fluid outflow to the collector channels." | '482 Patent (Ex. 1) at 2:34-48, 6:17-22, 6:49-7:21, Figs. 3, 4A-4B, 7:35-42, 7:48-8:16, 11:30-33. | Indefinite | '482 Patent (Ex. 1): Abs.; 1:15-20, 2:61-63, 4:33-36, 4:52-56, 6:17-21, 7:26-42, 8:12-16, 11:30-38, 15:9-11, 17:6-8 |
| 5 | "discontinuous along a perimeter of the lumen of the canal" | '482: 1, 63 | No construction of this term is necessary. | '482 Patent (Ex. 1) at 6:62-7:21, 7:48-8:30, 10:61-11:13. | "interrupted by a non-contact point | '482 Patent (Ex. 1): 10:61-11:13, 11:28-33; Figs. 9B, 11A-C, 12C-D, 12G-H |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., that contact between the support and a wall of the canal is "interrupted by a non-contact point along a perimeter of the lumen of the canal." The "perimeter of the lumen of the canal" is the inside boundary of a cross-section of the canal. | '482 File History:<br>• 2012-01-26 Non-Final Rejection (Ex. 9), including pp. 4-5.<br>'789 File History:<br>• 2010-12-13 Examiner Interview Summary Record (Ex. 42)<br>• 2010-12-22 Applicant's Remarks with Interview Summary (Ex. 43), including pp. 13-14 | along the support" | '443 Patent (Ex. 2): Fig. 11D<br><br>'482 File History (SGHT0002688):<br>• 2722-2730 (1/27/2010 Claims) (Ex. 8)<br>• 2788-2797 (1/26/2012 Office Action) (Ex. 9) |
| 6 | "only a portion of the | '482: 32 | No construction | '482 Patent (Ex. 1) at | "contact | '482 Patent (Ex. 1): 10:61- |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | exterior surface of the support contacts an inner periphery of the lumen of the canal" | | of this term is necessary.<br><br>If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., "only a portion of the exterior surface of the support contacts an inner wall of the lumen of the canal." | 7:48-8:54, Figs. 5A-5B, 11:25-38.<br><br>'361 Patent (Ex. 3) at Claim 7.<br><br>'789 File History:<br>• 2010-11-01 Final Rejection (Ex. 41), including p. 8<br>• 2010-12-13 Examiner Interview Summary Record (Ex. 42)<br>• 2010-12-22 Applicant's Remarks with Interview Summary (Ex. 43), including pp. 13-14 | between the support and the canal is interrupted by a non-contact point" | 11:13, 11:28-33; Figs. 9B, 11A-C, 12C-D, 12G-H<br><br>'443 Patent (Ex. 2): Fig. 11D |
| 7 | "periodic contact" | '482: 7, 38, 69 | No construction of this term is necessary.<br><br>If the court decides to construe this term, it should be construed according to its | '482 Patent (Ex. 1) at 10:44-11:38, Figs. 5B, 5C, Figs. 8C, 8G, Figs. 9A-9B, Figs. 10A-10C, Figs. 11A, Figs. 12A, 12E, 12G<br><br>'482 File History: | "contact that is interrupted by a non-contact point" | '482 Patent (Ex. 1): 10:63-65, 11:28-33<br><br>'482 File History (SGHT0002688):<br>• 2793 (1/26/2012 Office Action) (Ex. 9) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | plain and ordinary meaning, i.e., "contact at regular intervals." | • 2012-01-26 Non-Final Rejection (Ex. 9), including p. 5 | | |
| 8 | "multiple connected elements" | '482: 18, 49, 73 | No construction of this term is necessary.<br><br>If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., "multiple elements exist along the length of the support." | '482 Patent (Ex. 1) at 3:53-4:3, 5:32-38, Figs. 7A-7E, 8:22-30, 8:48-50, 9:10-39, Figs. 5B-5C, Figs. 6A-6C, Figs. 8A-8C, Fig. 9A, Figs. 10A-10C, Fig. 11A, Fig. 12A, Figs. 12E-12H, Fig. 13, Figs. 14A-14D.<br><br>'482 File History:<br>• 2012-04-26 Amendment to the Claims (Ex. 10), including Claims 19-22 | "elements joined or fastened together by a distinct connecting means" | '482 Patent (Ex. 1): 3:53-67, 5:33-38, 8:22-29, 8:48-54, 9:14-15, 9:40-10:29, 12:30-32; Figs. 5B-C, 7A-E, 9A, 10A-C, 11A, 12A, 12E, 12G, 13-14D |
| 9 | "Rsupp is about 40% smaller than the radius of curvature of Schlemm's canal" OR "Rsupp is about 50% | '328: 12, 13, 14 | No construction of this term is necessary and the term is not indefinite. | '328 Patent (Ex. 5) at 12:11-41, 11:60-12:22, 4:20-22, Figs. 11A-D. | Indefinite | '482 Patent (Ex. 1): 4:13-15, 5:53-56, 11:65-12:22; Figs. 11A-C<br><br>'443 Patent (Ex. 2): Fig. 11D |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | smaller than the radius of curvature of Schlemm's canal" OR "Rsupp is about 3 mm" | | If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., Rsupp is about [40%] / [50%] smaller than the radius of curvature of Schlemm's canal, which persons of ordinary skill in the art knew from published clinical research or could measure. "Rsupp is about 3 mm" does not require construction and is not indefinite because persons | | | |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | of ordinary skill in the art knew how to measure the radius of curvature of a support, including in light of the patent disclosure. | | | |
| 10 | "support" | '482: 1, 32, 63<br><br>'443: 1, 58<br><br>'361: 1<br><br>'742: 1<br><br>'328: 1 | No construction of this term is necessary.<br><br>If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., "a structure that props something open" or "a prop." | '482 Patent (Ex. 1) at Figs. 5A-5C, Figs. 8A-8H, Figs. 9A-9B, Figs. 10A-10C, Figs. 11A-11C, Figs. 12A-12H, 2:55-65, 7:23-28, 7:48-8:3, 8:4-6, 8:31-9:9, 15:5-15, Claims 29, 60, 86.<br><br>'443 Patent (Ex. 2) at Fig. 11D<br><br>'789 Patent (Ex. 6), Claim 1.<br><br>'789 File History:<br>• 2006-06-26 Claims (Ex. 38)<br>• 2009-11-09 Amendment to the Claims (Ex. 39) | "structure that occupies at least a portion of the central core of Schlemm's canal" | '482 Patent (Ex. 1): 2:55-61, 4:30-36, 4:50-56, 5:20-6:10, 7:22-28, 7:42-8:3, 9:25-35, 10:30-34, 12:23-54, 15:4-11, 17:1-9; Figs. 5B-5C, 6A-C, 7A-E, 8A-H, 9A-B, 10A-C, 11A-C, 12A-H, 13, 14A-D<br><br>'443 Patent (Ex. 2): Fig. 11D<br><br>'361 File History (SGHT0004419):<br>• 4470-4471 (4/12/2012 Claims) (Ex. 22)<br>• 5011-5016 (2/4/2015 Office Action) (Ex. 49)<br>• 5028-5036 (8/3/2015 Office Action) (Ex. 23) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | • 2010-09-02 Amendment in Response to Non-Final Office Action (Ex. 40)<br>• 2010-12-22 Amendment under 37 C.F.R. § 1.114 (Ex. 43)<br>• 2011-02-02 Notice of Allowance (Ex. 44), including p. 2<br><br>'482 File History:<br>• 2012-01-26 Non-Final Rejection (Ex. 9), including pp. 4-5<br>• 2012-06-11 Notice of Allowance (Ex. 11), including p. 2<br><br>'443 File History:<br>• 2011-02-10 Original Claims (Ex. 12)<br>• 2014-08-22 Amendment to the Claims (Ex. 13)<br>• 2015-01-13 Amendment to the | | • 5157-5162 (8/19/2015 Office Action) (Ex. 24)<br>• 5547-5555 (11/19/2015 Amendments/Response) (Ex. 25)<br>• 5565-5571 (12/14/2015 Office Action) (Ex. 26)<br>• 5577-5583 (6/14/2016 Amendments/Response) (Ex. 27)<br>• 5712-5718 (7/13/2016 Notice of Allowance) (Ex. 28)<br><br>'443 File History (SGHT0002922):<br>• 2956-2963 (2/10/2011 Claims) (Ex. 12)<br>• 2984-2998 (2/10/2011 Preliminary Amendment/Remarks) (Ex. 50)<br>• 3031-3042 (2/24/2014 Office Action) (Ex. 47)<br>• 3045-3059 (8/22/2014 Amendments/Response) (Ex. 13)<br>• 3760-3772 (9/15/2014 Office Action) (Ex. 14) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | Claims (Ex. 15), including Claims 1, 14, 15<br>• 2015-02-23 Non-Final rejection (Ex. 16), including pp. 1-16<br>• 2015-06-23 Response to Office Action, Claims, and Applicant Remarks (Ex. 17), including pp. 1-19<br>• 2015-07-10 Non-final Rejection (Ex. 18), including pp. 1-15<br>• 2015-12-03 Applicant Initiated Interview Summary (Ex. 19)<br>• 2016-01-11 Response to Office Action, Claims, and Applicant Arguments/Remarks Made in Amendment (Ex. | | • 3779-3792 (1/13/2015 Amendments/Response) (Ex. 15)<br>• 3809-3825 (2/23/2015 Office Action) (Ex. 16)<br>• 3829-3847 (6/23/2015 Amendments/Response) (Ex. 17)<br>• 3958-3973 (7/10/2015 Office Action) (Ex. 18)<br>• 3985-4002 (1/11/2016 Amendments/Response) (Ex. 20)<br>• 4294-4296 (3/1/2016 Notice of Allowance) (Ex. 21)<br><br>'789 File History (SGHT0007761):<br>• 7790-7797 (6/26/2006 Claims) (Ex. 38)<br>• 8010-8021 (11/9/2009 Amendments/Response) (Ex. 39)<br>• 8059-8068 (5/17/2010 Office Action) (Ex. 48)<br>• 8095-8115 (9/2/2010 Amendments/Response) (Ex. 40) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | 20), including pp. 1-22<br>• 2016-03-01 Notice of Allowance (Ex. 21)<br><br>'361 File History:<br>• 2012-04-12 Original Claims (Ex. 22)<br>• 2015-08-03 Amendment Response to Non-Final Office Action (Ex. 23)<br>• 2015-08-19 Final Rejection (Ex. 24), including p. 3<br>• 2015-11-19 Applicant Remarks (Ex. 25), including pp. 5-7<br>• 2015-12-14 Non-Final Rejection (Ex. 26), including p. 3<br>• 2016-06-14 Amendment to the Claims (Ex. 27), including Claim 10 | | • 8142-8153 (11/1/2010 Office Action) (Ex. 41)<br>• 8160-8163 (12/13/2010 Interview Summary) (Ex. 42)<br>• 8166-8184 (12/22/2010 Amendments/Response) (Ex. 43)<br>• 8195-8200 (2/2/2011 Notice of Allowance) (Ex. 44)<br><br>'742 File History (SGHT0005780):<br>• 5810-5812 (6/14/2016 Claims) (Ex. 29)<br>• 5863-5865 (12/7/2016 Preliminary Amendment) (Ex. 30)<br>• 6176-6183 (8/9/2018 Office Action) (Ex. 31)<br>• 6412-6414 (12/10/2018 Amendments/Response) (Ex. 32)<br>• 6425-6432 (2/6/2019 Notice of Allowance) (Ex. 33) |

13

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | • 2016-07-13 Notice of Allowance (Ex. 28), including pp. 1-3 <br><br> '328 File History: <br> • 2019-05-15 Original claims in parent application (Ex. 34) <br> • 2019-10-24 Preliminary Amendment to the Claims filed in Continuation application (Ex. 35) <br> • 2022-04-26 Non-final Rejection (Ex. 36) <br> • 2022-06-08 Notice of Allowance (Ex. 37) <br><br> '742 File History: <br> • 2016-06-14 Original claims in parent application (Ex. 29) <br> • 2016-12-07 Preliminary Amendment to the | | |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | Claims filed in Continuation application (Ex. 30) <br> • 2018-08-09 Non-final Rejection (Ex. 31) <br> • 2019-02-06 Notice of Allowance (Ex. 33) | | |
| 11 | "unitary structure" | '482: 15, 46 | No construction of this term is necessary, and the term is not indefinite. <br><br> If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., a "structure formed from a single piece of material." | '482 Patent (Ex. 1) at 10:30-60, 11:39-49, Figs. 8C-8H, Figs. 11B-11C, Figs. 12C-12D | Indefinite | '482 Patent (Ex. 1): 10:30-32, 11:43-49 |
| 12 | "wherein at least a portion | '443: | No construction | '482 Patent (Ex. 1) at | Indefinite | '482 Patent (Ex. 1): 4:13- |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | of the arcuate member has a radius of curvature smaller than the radius of curvature of Schlemm's canal [such that at least a portion of the arcuate member extends out of Schlemm's canal]" | 1, 58 <br><br>'361: 1 <br><br>'742: 1 <br><br>'328: 1 | of this term is necessary, and the term is not indefinite. <br><br> If the court decides to construe this term, it should be construed according to its plain and ordinary meaning, i.e., at least a portion of the arcuate member has a radius of curvature smaller than the radius of curvature of Schlemm's canal (which persons of ordinary skill in the art knew or could measure) [such that at least a | 4:13-15, 8:12-21, 11:60-12:22, 5:53-56, Figs. 11A-B. <br><br> '443 Patent (Ex. 2) at Fig. 11D. <br><br> '443 File History: <br> • 2011-02-10 Original Claims (Ex. 12), including Claims 1, 14, 15 <br> • 2014-08-22 Amendment to the Claims (Ex. 13), including Claims 1, 14, 15 <br> • 2015-01-13 Amendment Submitted/Entered with Filing of CPA/RCE (Ex. 15), including Claims 1, 14, 15, pp. 11-12 <br> • 2015-02-23 Non-Final Rejection (Ex. 16), including pp. 5-8 | | 15, 5:53-56, 8:18-21, 11:65-12:22; Figs. 11A-C <br><br> '443 Patent (Ex. 2): Fig. 11D <br><br> '443 File History (SGHT0002922) <br> • 3809-3825 (2/23/2015 Office Action) (Ex. 16) <br> • 3829-3847 (6/23/2015 Amendments/Response) (Ex. 17) <br> • 3958-3973 (7/10/2015 Office Action) (Ex. 18) <br> • 3981-4002 (1/11/2016 Amendments/Response) (Ex. 20) <br><br> '742 File History (SGHT0005780): <br> • 6176-6183 (8/9/2018 Office Action) (Ex. 31) <br> • 6412-6421 (12/10/2018 Amendments/Response) (Ex. 32) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | portion of the arcuate member extends out of Schlemm's canal]. | • 2015-06-23 Listing of Claims (Ex. 17), including Claim 1<br>• 2015-06-23 Applicant Arguments (Ex. 17), including pp. 11-17<br>• 2015-07-10 Non-Final Rejection (Ex. 18), including pp. 3-6<br>• 2015-12-03 Applicant Initiated Interview Summary (Ex. 19)<br>• 2016-01-11 Amendment to the Claims (Ex. 20), including Claim 1<br>• 2016-01-11 Applicant Arguments/Remarks Made in an Amendment (Ex. 20), including pp. 15-18 | | |
| 13 | "wherein when the support is [disposed/inserted] within a cylindrical section | '482: 1, 32, 63 | "wherein when the support is disposed within | '482 Patent (Ex. 1) at Figs. 5A-5B, 8:31-9:9, 11:14-20, Figs. 9A- | Indefinite | '482 Patent (Ex. 1): 2:34-35, 3:2-46, 4:56-58, 4:67-5:7, 6:65-67, 8:12-16, 8:65- |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | of the lumen of the canal having an internal wall surface area C, the support contacts less than 30% of [the surface area of] C" | <u>'443</u>: 1, 58<br><br><u>'742</u>: 13<br><br><u>'328</u>: 21 | a section of Schlemm's canal, the internal wall surface area C of that section is estimated by viewing the inside of Schlemm's canal as a slightly arcuate cylinder having length L, extending circumferentially from a first end $X_1$ to a second end $X_2$ of the support, and inside radius $R_i$." | 9B.<br>'482 File History:<br>• 2010-01-27 Original Claims (Ex. 8), including Claims 1, 25-27<br>• 2012-01-26 Rejection (Ex. 9), including pp. 6-7<br>• 2012-04-26 Amendment to the Claims (Ex. 10), including Claims 1, 25-27<br>• 2012-04-26 Applicant Arguments (Ex. 10), including pp. 13-14<br><br>'789 File History:<br>• 2010-09-02 Claims (Claims 94-97), and Applicant Remarks (Ex. 40), including p. 19<br><br>'742 File History: | | 9:9, 11:14-25, 11:60-12:23, 13:3-14:36, 14:60-15:3, 17:29-34; Figs. 1, 2, 4B, 12B, 12D<br><br>'443 Patent (Ex. 2): Fig. 11D<br><br>'482 File History (SGHT0002688)<br>• 2722-2730 (1/27/2010 Claims) (Ex. 8)<br>• 2794-2795 (1/26/2012 Office Action) (Ex. 9)<br>• 2813-2814 (4/26/2012 Amendments/Response) (Ex. 10)<br><br>'789 File History (SGHT0007761):<br>• 8064-8065 (5/17/2010 Office Action) (Ex. 48)<br>• 8110-8111 (9/2/2010 Amendments/Response) (Ex. 40)<br>• 8142-8153 (11/1/2010 Office Action) (Ex. 41) |

| No. | Claim Term or Phrase | Asserted Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | • 2018-12-10 Amendment to the Claims (Ex. 32)<br><br>'443 File History:<br>• 2014-08-22 Amendment After Non-final Office Action, Amendment to the Claims (including Claim 1), and Applicant Remarks (Ex. 13), including p. 10 | | • 8166-8184 (12/22/2010 Amendments/Response) (Ex. 43)<br><br>'443 File History (SGHT0002922):<br>• 3046 (8/22/2014 Claims) (Ex. 13)<br>• 3762-3763 (9/15/2014 Office Action)<br>• 3814 (2/23/2015 Office Action) (Ex. 16)<br>• 3817 (2/23/2015 Office Action) (Ex. 16)<br>• 3845 (6/23/2015 Amendments/Response) (Ex. 17)<br>• 3864 (6/23/2015 Foreign Reference) (Ex. 51)<br>• 3963 (7/10/2015 Office Action) (Ex. 18) |

29826620.1

19