IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-GBW-SRF |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, ) | |
| ALCON VISION, LLC AND ALCON INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff Sight Sciences, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 89-161) and this Notice were caused to be served on November 7, 2022 upon the following in the manner indicated:

**BY E-MAIL:**

John W. Shaw
Andrew E. Russell
Nathan R. Hoeschen
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

Gregg LoCascio
Justin Bova
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
gregg.locascio@kirkland.com
justin.bova@kirkland.com

Kat Li
Austin C. Teng
Kirkland & Ellis LLP
401 Congress Avenue
Austin, TX  78701
kat.li@kirkland.com
austin.teng@kirkland.com

Ryan Kane
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
ryan.kane@kirkland.com

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Taylor E. Hallowell*

        _____
        Melanie K. Sharp (No. 2501)
        James L. Higgins (No. 5021)
        Taylor E. Hallowell (No. 6815)
        1000 North King Street
        Wilmington, DE  19801
        (302) 571-6600
        msharp@ycst.com
        jhiggins@ycst.com
        thallowell@ycst.com

        COOLEY LLP
        Michelle S. Rhyu
        David Murdter
        Deepa Kannappan
        Emily M. Ross
        Benjamin S. Lin
        3175 Hanover Street
        Palo Alto, CA  94304-1130
        (650) 843-5000

        Orion Armon
        1144 15th Street, Suite 2300
        Denver, CO  80202-2686
        (720) 566-4000

Dated: November 7, 2022        *Attorneys for Sight Sciences, Inc.*