IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-GBW-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2022, the following document was served on the persons listed below in the manner indicated:

1. Defendants' Notice of Deposition of J. Crawford Downs

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | Michelle S. Rhyu, J.D., Ph.D. |
| James L. Higgins | David N. Murdter |
| Taylor E. Hallowell | Deepa Kannappan |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | Emily M. Ross |
| Rodney Square | Benjamin S. Lin |
| 1000 North King Street | COOLEY LLP |
| Wilmington, DE 19801 | 3175 Hanover Street |
| (302) 571-6600 | Palo Alto, CA 94305 |
| msharp@ycst.com | (650) 843-5000 |
| jhiggins@ycst.com | rhyums@cooley.com |
| thallowell@ycst.com | dmurdter@cooley.com |
| | dkannappan@cooley.com |
| Orion Armon | eross@cooley.com |
| COOLEY LLP | blin@cooley.com |
| 1144 15th Street, Suite 2300 | |
| Denver, CO 80202 | |
| (720) 566-4000 | |
| oarmon@cooley.com | |

Case 1:21-cv-01317-GBW-SRF   Document 97   Filed 11/22/22   Page 2 of 2 PageID #: 3229

OF COUNSEL:
Gregg LoCascio
Justin Bova
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Kat Li
Austin C. Teng
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Dated: November 22, 2022

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants*

2