IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-VAC-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on October 25, 2022, the Court scheduled a *Markman* hearing in the above-captioned cases for February 7, 2023 (D.I. 93);

WHEREAS, on November 30, 2022, the Court ordered that any slide presentations the parties plan to use during the claim construction hearing should be emailed to the Court no later than January 31, 2023, 7 days before the hearing (D.I. 99); and

WHEREAS, on January 6, 2023, the Court rescheduled the *Markman* hearing in the above-captioned cases for February 9, 2023 (D.I. 112);

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit *Markman* slide presentations is extended to February 2, 2023, 7 days before the rescheduled *Markman* hearing.

| | |
|---|---|
| */s/ James L. Higgins* | */s/ Andrew E. Russell* |
| Melanie K. Sharp (No. 2501) | John W. Shaw (No. 3362) |
| James L. Higgins (No. 5021) | Andrew E. Russell (No. 5382) |
| Taylor E. Hallowell (No. 6815) | Nathan Hoeschen (No. 6232) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| 1000 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 571-6600 | Wilmington, DE 19801 |
| msharp@ycst.com | (302) 298-0700 |
| jhiggins@ycst.com | jshaw@shawkeller.com |
| thallowell@ycst.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants* |

Dated: January 23, 2023

SO ORDERED on this _____ day of _____, 2023.

_____
United States Magistrate Judge