IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-GBW-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2023, the following document was served on the persons listed below in the manner indicated:

1. Defendants' Second Supplemental Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | Michelle S. Rhyu, J.D., Ph.D. |
| James L. Higgins | David N. Murdter |
| Taylor E. Hallowell | Priyamvada Arora |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | Lauren Strosnick |
| Rodney Square | Alissa Wood |
| 1000 North King Street | COOLEY LLP |
| Wilmington, DE 19801 | 3175 Hanover Street |
| (302) 571-6600 | Palo Alto, CA 94305 |
| msharp@ycst.com | (650) 843-5000 |
| jhiggins@ycst.com | rhyums@cooley.com |
| thallowell@ycst.com | dmurdter@cooley.com |
| | parora@cooley.com |
| Orion Armon | lstrosnick@cooley.com |
| COOLEY LLP | amwood@cooley.com |
| 1144 15th Street, Suite 2300 | |
| Denver, CO 80202 | |
| (720) 566-4000 | |
| oarmon@cooley.com | |

Allison E. Elkman
COOLEY LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004-2400
aelkman@cooley.com

OF COUNSEL:
Gregg LoCascio
Justin Bova
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Kat Li
Jeanne M. Heffernan
Austin C. Teng
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Dated: January 27, 2023

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

2