

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

February 17, 2023

**BY E-FILE AND HAND DELIVERY**

The Honorable Sherry R. Fallon
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    *Sight Sciences, Inc. v. Ivantis, Inc.*
            C.A. No.:  21-1317-GBW-SRF

Dear Judge Fallon:

    I write regarding construction of the term "fluted edges," which is Term 5 in the Joint Claim Construction Brief.  *See* D.I. 118 at 46-49.  During the *Markman* Hearing on February 9, 2023, the parties agreed to explore whether they could agree on the construction of "fluted edges."  After written exchanges and a meet and confer involving Delaware counsel, the parties have not been able to agree on a construction.  Sight Sciences respectfully requests that the Court rely on the briefing on this issue.

    Respectfully,

    */s/ Melanie K. Sharp*

    Melanie K. Sharp (No. 2501)

MKS:mg

cc:    All Counsel of Record (by e-mail)

30125334.1