IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IVANTIS, INC., ALCON RESEARCH ) <br> LLC, ALCON VISION, LLC, and ALCON ) <br> INC., ) <br> ) <br> Defendants. ) | C.A. No. 21-1317-GBW-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 5, 2023, the following document was served on zSightSciencesIvantis@cooley.com and the persons listed below in the manner indicated:

1. Defendants' Notice of Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(b)(6)

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp <br> James L. Higgins <br> Taylor E. Hallowell <br> YOUNG, CONAWAY, STARGATT & TAYLOR LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> msharp@ycst.com <br> jhiggins@ycst.com <br> thallowell@ycst.com <br> <br> Orion Armon <br> COOLEY LLP <br> 1144 15th Street, Suite 2300 <br> Denver, CO 80202 <br> (720) 566-4000 <br> oarmon@cooley.com | Michelle S. Rhyu, J.D., Ph.D. <br> David N. Murdter <br> Priyamvada Arora <br> Lauren Strosnick <br> Cameron C. Vanderwall <br> Angela Madrigal <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA 94305 <br> (650) 843-5000 <br> rhyums@cooley.com <br> dmurdter@cooley.com <br> parora@cooley.com <br> lstrosnick@cooley.com <br> cvanderwall@cooley.com <br> amadrigal@cooley.com |

| | |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Kat Li<br>Jeanne M. Heffernan<br>Austin C. Teng<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br><br>Ryan Kane<br>Laura Zhu<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: May 5, 2023 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |