IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVANTIS, INC., ALCON RESEARCH LLC, )<br>ALCON VISION, LLC AND ALCON INC., )<br>)<br>Defendants. ) | C. A. No.: 21-1317-GBW-SRF<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff Sight Sciences, Inc. ("Plaintiff") and Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon Inc. ("Defendants") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matter: Plaintiff's motion to compel production of certain litigation materials from *Glaukos Corporation v. Ivantis, Inc.*, 8:18-cv-00620-JVS-JDE (C.D. Cal.) and its related appeal, *In re Ivantis, Inc.*, C.A. No. 20-147 (Fed. Cir.).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on May 5, 2023 and May 16, 2023:

Delaware Counsel:

- Melanie K. Sharp and Taylor E. Hallowell from Young Conaway Stargatt & Taylor LLP on behalf of Plaintiff
- Emily S. DiBenedetto from Shaw Keller LLP on behalf of Defendants

Lead Counsel:

- Orion Armon and Lauren Strosnick from Cooley LLP on behalf of Plaintiff
- Kat Li, Justin Bova, Austin Teng, and Jeanne M. Heffernan from Kirkland & Ellis LLP on behalf of Defendants

The parties are available for a teleconference on the following dates: June 7, 2023; June 8, 2023; June 12, 2023.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Melanie K. Sharp* | */s/ Andrew E. Russell* |
| Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com | John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| COOLEY LLP<br>Michelle S. Rhyu<br>David Murdter<br>Priyamvada Arora<br>Lauren Strosnick<br>Alissa Wood<br>Cameron C. Vanderwall<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>(650) 843-5000 | KIRKLAND & ELLIS LLP<br>Gregg LoCascio<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 389-5000 |
| Orion Armon<br>1144 15th Street, Suite 2300<br>Denver, CO  80202-2686<br>(720) 566-4000 | Kat Li<br>Jeanne M. Heffernan<br>Austin C. Teng<br>Ryan J. Melde<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100 |
| Allison E. Elkman<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004-2400<br>(202) 842-7800 | Ryan Kane<br>Nathaniel DeLucia<br>Laura Zhu<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800 |
| *Attorneys for Sight Sciences, Inc.* | |
| Dated:  May 24, 2023 | *Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc.* |

30400901.1

2