IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-GBW-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 24, 2023, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' Objections and Responses to Plaintiff Sight Sciences, Inc.'s Notice of Deposition of Alcon Research LLC, Alcon Vision, LLC, and Alcon Inc. pursuant to Fed. R. Civ. P. 30(b)(6)

2. Defendants' Objections and Responses to Plaintiff Sight Sciences, Inc.'s Notice of Deposition of Ivantis, Inc. pursuant to Fed. R. Civ. P. 30(b)(6)

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Allison E. Elkman
COOLEY LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004-2400
aelkman@cooley.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

|  |  |
|---|---|
| Michelle S. Rhyu, J.D., Ph.D.<br>David N. Murdter<br>Priyamvada Arora<br>Lauren Strosnick<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94305<br>(650) 843-5000<br>rhyums@cooley.com<br>dmurdter@cooley.com<br>parora@cooley.com<br>lstrosnick@cooley.com | Amy M. Wood<br>COOLEY LLP<br>10265 Science Center Drive<br>San Diego, CA 92121-1117<br>(858) 550-6058<br>amwood@cooley.com |
| OF COUNSEL:<br>Gregg LoCascio<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Kat Li<br>Jeanne M. Heffernan<br>Austin C. Teng<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Laura Zhu<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: May 25, 2023 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |