IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVANTIS, INC., ALCON RESEARCH )<br>LLC, ALCON VISION, LLC, and ALCON )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 21-1317-GBW-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 31, 2023, the following documents were served on zsightsciencesivantis@cooley.com and the persons listed below in the manner indicated:

1. Defendants' Notice of Deposition of Daniel O'Keeffe pursuant to Fed. R. Civ. P. 30(b)(1)

2. Defendants' Notice of Deposition of Tim Buckley pursuant to Fed. R. Civ. P. 30(b)(1)

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Allison E. Elkman
COOLEY LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004-2400
aelkman@cooley.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

| | |
|---|---|
| Michelle S. Rhyu, J.D., Ph.D.<br>David N. Murdter<br>Priyamvada Arora<br>Lauren Strosnick<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94305<br>(650) 843-5000<br>rhyums@cooley.com<br>dmurdter@cooley.com<br>parora@cooley.com<br>lstrosnick@cooley.com | Amy M. Wood<br>COOLEY LLP<br>10265 Science Center Drive<br>San Diego, CA  92121-1117<br>(858) 550-6058<br>amwood@cooley.com |
| OF COUNSEL:<br>Gregg LoCascio<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Kat Li<br>Jeanne M. Heffernan<br>Austin C. Teng<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Laura Zhu<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: June 1, 2023 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |