IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1317-GBW-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 15, 2023, the following documents were served on zsightsciencesivantis@cooley.com and the persons listed below in the manner indicated:

1. Defendants' Notice of Subpoena to Produce Documents, Information, or Objects to Carter Meyer

2. Defendants' Notice of Subpoena to Produce Documents, Information, or Objects to Mack Hicks

3. Defendants' Amended Notice of Subpoena to Carter Meyer

4. Defendants' Amended Notice of Subpoena to Mack Hicks

5. Defendants' Notice of Subpoena to Joanna Liebes Hubberts

6. Defendants' Notice of Subpoena to Lisa Amii

7. Defendants' Notice of Subpoena to Jeffie Kopczynski

8. Defendants' Notice of Subpoena to Hain-Ann Hsueh Yang

9. Defendants' Notice of Subpoena to Stephen Thau

10. Defendants' Notice of Subpoena to Amy Motomura

11. Defendants' Notice of Deposition of Mary Cantu pursuant to Fed. R. Civ. P. 30(b)(1)

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | Michelle S. Rhyu, J.D., Ph.D. |
| James L. Higgins | David N. Murdter |
| Taylor E. Hallowell | Lauren Strosnick |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | Alissa Wood |
| | Cameron C. Vanderwall |
| Rodney Square | COOLEY LLP |
| 1000 North King Street | 3175 Hanover Street |
| Wilmington, DE 19801 | Palo Alto, CA 94305 |
| (302) 571-6600 | (650) 843-5000 |
| msharp@ycst.com | rhyums@cooley.com |
| jhiggins@ycst.com | dmurdter@cooley.com |
| thallowell@ycst.com | lstrosnick@cooley.com |
| | amwood@cooley.com |
| Orion Armon | cvanderwall@cooley.com |
| COOLEY LLP | |
| 1144 15th Street, Suite 2300 | |
| Denver, CO 80202 | |
| (720) 566-4000 | |
| oarmon@cooley.com | |

/s/ *Andrew E. Russell*

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

OF COUNSEL:
Gregg LoCascio
Justin Bova
Steven Dirks
Socrates L. Boutsikaris
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
Kat Li
Austin C. Teng
Ryan J. Melde
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
Nathaniel DeLucia
Laura Zhu
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Brian A. Verbus
Jacob Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Noah S. Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Dated: June 16, 2023