IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IVANTIS, INC., ALCON RESEARCH LLC, ) <br> ALCON VISION, LLC AND ALCON INC., ) <br> ) <br> Defendants. ) | C. A. No.:  21-1317-GBW-SRF <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff Sight Sciences, Inc. ("Plaintiff") and Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon Inc. ("Defendants") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matter:

1. Plaintiff's motion to preclude Defendants from relying on Defendants' production of documents from Catherine Truitt after the close of fact discovery, and to preclude any argument or testimony relating to said production.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on July 24, 2023:

Delaware Counsel:

- Melanie Sharp and Taylor E. Hallowell from Young Conaway Stargatt & Taylor LLP on behalf of Plaintiff
- Karen Keller from Shaw Keller LLP on behalf of Defendants

Lead Counsel:

- Michelle Rhyu and Lauren Strosnick from Cooley LLP on behalf of Plaintiff
- Noah Frank, Brian Verbus, and Emily Sheffield from Kirkland & Ellis on behalf of Defendants

The parties are available for a teleconference on the following dates: August 1, 3, or 4.

1

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Melanie K. Sharp* | */s/ Karen E. Keller* |
| Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Taylor E. Hallowell (No. 6815)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>thallowell@ycst.com | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| COOLEY LLP<br>Michelle S. Rhyu<br>Lauren Strosnick<br>Alissa Wood<br>Juan Pablo González<br>Angela R. Madrigal<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000 | KIRKLAND & ELLIS LLP<br>Gregg LoCascio<br>Sean M. McEldowney<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000 |
| Orion Armon<br>1144 15th Street, Suite 2300<br>Denver, CO 80202-2686<br>(720) 566-4000 | Jeanne M. Heffernan<br>Kat Li<br>Austin C. Teng<br>Ryan J. Melde<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100 |
| Dustin M. Knight<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656<br>(703) 456-8000 | Ryan Kane<br>Nathaniel DeLucia<br>Laura Zhu<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| Bonnie Fletcher Price<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>*Attorneys for Sight Sciences, Inc.* | Brian A. Verbus<br>Jacob Rambeau<br>300 N. LaSalle<br>Chicago, IL 60654 |

|  |  |
|---|---|
|  | (312) 862-2000 |
|  | Noah S. Frank<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500 |
| Dated:  July 26, 2023 | *Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc.* |

30604423.1