IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1317-GBW-SRF |
| | ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit redacted versions of docket items 250 and 252 is extended through and including August 1, 2023.

| | |
|---|---|
| */s/ Taylor E. Hallowell* | */s/ Nathan Hoeschen* |
| Melanie K. Sharp (No. 2501) | John W. Shaw (No. 3362) |
| James L. Higgins (No. 5021) | Andrew E. Russell (No. 5382) |
| Taylor E. Hallowell (No. 6815) | Nathan Hoeschen (No. 6232) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| 1000 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 571-6600 | Wilmington, DE 19801 |
| msharp@ycst.com | (302) 298-0700 |
| jhiggins@ycst.com | jshaw@shawkeller.com |
| thallowell@ycst.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants* |

Dated: July 28, 2023

SO ORDERED on this \_\_\_\_ day of _____, 2023.

_____
United States Magistrate Judge