IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIGHT SCIENCES, INC., | ) | |
| | ) | C. A. No.: 21-1317-GBW-SRF |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, | ) | |
| ALCON VISION, LLC AND ALCON INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

IT IS HEREBY ORDERED that the following terms in U.S. Patent Nos. 8,287,482 ("the '482 patent"), 9,370,443 ("the '443 patent"), 9,486,361 ("the '361 patent"), 10,314,742 ("the '742 patent"), and 11,389,328 ("the '328 patent,") are construed as follows:

| Term | Court's Construction |
|---|---|
| "support" ('482 patent, claims 1, 32, 63; '443 patent, claims 1, 58; '361 patent, claim 1; '742 patent, claim 1; '328 patent, claim 1) | Plain and ordinary meaning, i.e., "a structure that props something open" or "a prop." |
| "arcuate member" ('443 patent, claims 1, 58; '361 patent, claim 1; '742 patent, claim 1; '328 patent, claim 1) | "a structure having one or more curved portions" |
| "fluid may traverse the canal without substantial interference from the support" / "support does not substantially interfere with the [longitudinal / transmural] flow" / "does not significantly block fluid outflow" ('482 patent, claims 1, 32; '443 patent, claims 1, 56, 57, 58; '361 patent, claims 6, 7, 8; '742 patent, claims 17, 18; '328 patent, claims 7, 8) | "the support does not significantly block either fluid outflow from the trabecular meshwork or fluid outflow to the collector channels." |
| "wherein when the support is [disposed/inserted] within a cylindrical section of the lumen of the canal having an internal wall surface area C, the support contacts less than 30% of [the surface area of] C" ('482 patent, claims 1, 32, 63; '443 patent, claims 1, 58; '742 patent, claim 13; '328 patent, claim 21) | "wherein when the support is disposed within a section of Schlemm's canal, the internal wall surface area C of that section is estimated by viewing the inside of Schlemm's canal as a slightly arcuate cylinder having length L, extending circumferentially from a first end $X_1$ to a second end $X_2$ of the support, and inside radius $R_i$, and the support contacts less than 30% of [the surface area of] C." |

| Term | Court's Construction |
|---|---|
| "wherein at least a portion of the arcuate member has a radius of curvature smaller than the radius of curvature of Schlemm's canal [such that at least a portion of the arcuate member extends out of Schlemm's canal]" ('443 patent, claims 1, 58; '361 patent, claim 1; '742 patent, claim 1; '328 patent, claim 1) | Plain and ordinary meaning, i.e., at least a portion of the arcuate member has a radius of curvature smaller than the radius of curvature of Schlemm's canal (which persons of ordinary skill in the art knew or could measure) [such that at least a portion of the arcuate member extends out of Schlemm's canal]. |
| "discontinuous along a perimeter of the lumen of the canal" ('482 patent, claims 1, 63) | Plain and ordinary meaning, i.e., that contact between the support and a wall of the canal is "interrupted by a non-contact point along a perimeter of the lumen of the canal." |
| "only a portion of the exterior surface of the support contacts an inner periphery of the lumen of the canal" ('482 patent, claim 32) | Plain and ordinary meaning, i.e., "only a portion of the exterior surface of the support contacts an inner wall of the lumen of the canal." |
| "periodic contact" ('482 patent, claims 7, 38, 69) | "contact that is interrupted by a non-contact point" |
| "fluted edges" ('482 patent, claims 5, 36, 68) | "edges that are uneven" |
| "multiple connected elements" ('482 patent, claims 18, 49, 73) | No construction of this term is necessary. |

SO ORDERED this 19th day of September, 2023.

United States District Judge

2