IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1317-GBW-SRF |
| | ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF MR. JOHN JAROSZ AND DR. CRAWFORD DOWNS

Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Ivantis, Inc., Alcon Research, Inc., Alcon Vision, LLC, and Alcon, Inc. (collectively, "Alcon" or "Defendants") respectfully submit this Motion to exclude certain opinions from Plaintiff Sight Sciences' ("Sight") experts Mr. John Jarosz and Dr. Crawford Downs.

The grounds for this Motion are fully set forth in the accompanying Brief in Support of Defendants' Motion to Exclude Certain Opinions of Mr. John Jarosz and Dr. Crawford Downs. The evidence supporting Defendants' Motion is contained in the concurrently filed Declaration and papers on file with this Court.

| | |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Sean M. McEldowney<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Emily Sheffield<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Brian A. Verbus<br>Jacob Rambeau<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>Dated: October 12, 2023 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |