IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVANTIS, INC., ALCON RESEARCH )<br>LLC, ALCON VISION, LLC, and ALCON )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 21-1317-GBW-SRF |

**DEFENDANTS' MOTIONS (NOS. 1-4) FOR SUMMARY JUDGMENT
OF INVALIDITY OF CERTAIN ASSERTED CLAIMS**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc. ("Defendants") respectfully move as follows:

- Motion No. 1: Defendants move for summary judgment of invalidity for lack of enablement;

- Motion No. 2: Defendants move for summary judgment of invalidity for lack of written description;

- Motion No. 3: Defendants move for summary judgment of indefiniteness; and

- Motion No. 4: Defendants move for summary judgment of invalidity for obviousness-type double patenting.

The grounds for these motions are fully set forth in Defendants' Opening Brief in Support of its Motions for Summary Judgment.

WHEREFORE, Defendants respectfully request that the Court grant these motions and enter the attached proposed order.

| | |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Sean M. McEldowney<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |

Jeanne M. Heffernan
Kat Li
Ryan J. Melde
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
Nathaniel DeLucia
Emily Sheffield
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Brian A. Verbus
Jacob Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Noah S. Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Dated: October 12, 2023