IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1317-GBW-SRF |
| | ) |
| IVANTIS, INC., ALCON RESEARCH | ) |
| LLC, ALCON VISION, LLC, and ALCON | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR <u>OBVIOUSNESS-TYPE DOUBLE PATENTING</u>**

OF COUNSEL:
Gregg LoCascio
Sean McEldowney
Justin Bova
Steven Dirks
Socrates L. Boutsikaris
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
Kat Li
Ryan J. Melde
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX  78701
(512) 678-9100

Ryan Kane
Nathaniel DeLucia
Emily Sheffield
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

Brian A. Verbus
Jacob Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Noah Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Dated: October 12, 2023

1. U.S. Patent No. 8,287,482 ("'482 Patent") issued from Application No. 12/695,053, filed January 27, 2010, and is a continuation of application No. 11/475,523, filed June 26, 2006, now U.S. Patent No. 7,909,789 ("'789 Patent"). Ex. 1, '482 Patent, cover; Appendix Y. The '482 Patent is subject to patent term adjustments of 305 days under 35 U.S.C. § 154(b) and expires on April 27, 2027. Ex. 1, '482 Patent, cover; Ex. 10, Jarosz Op. Rep. at ¶27; Appendix Y.

2. U.S. Patent No. 9,370,443 ("'443 Patent") issued from Application No. 13/025,112, filed February 10, 2011, and is a divisional of the '789 Patent. Ex. 2, '443 Patent, cover; Appendix Y. The '443 Patent is subject to patent term adjustments of 868 days under 35 U.S.C. § 154(b) and expires on November 10, 2028. Ex. 2, '443 Patent, cover; Ex. 10, Jarosz Op. Rep. at ¶28; Appendix Y.

3. U.S. Patent No. 9,486,361 ("'361 Patent") issued from Application No. 13/445,816, filed June 12, 2012, is a continuation of application No. 12/695,053, filed January 27, 2010, now U.S. Patent No. 8,287,482 ("'482 Patent"), which is a continuation of the '789 patent. Ex. 3, '361 Patent, cover; Appendix Y. The '361 Patent is subject to patent term adjustments of 577 days under 35 U.S.C. § 154(b) and expires on January 24, 2028. Ex. 3, '361 Patent, cover; Ex. 10, Jarosz Op. Rep. at ¶29; Appendix Y.

4. U.S. Patent No. 10,314,742 ("'742 Patent") issued from Application No. 15/182,165, filed June 14, 2016, and is a continuation of the '443 Patent. Ex. 4, '742 Patent, cover; Appendix Y. The '742 Patent is subject to patent term adjustments of 329 days under 35 U.S.C. § 154(b), and a terminal disclaimer, and expires on May 21, 2027. Ex. 4, '742 Patent, cover; Ex. 10, Jarosz Op. Rep. at ¶31; Appendix Y.

5.     During prosecution of the '742 Patent, Sight filed a terminal disclaimer to overcome the Examiner's double patenting rejection, disclaiming the terminal part of the '742 Patent's term, which would extend beyond the expiration dates of the '361 and '443 Patents. Ex. 6, '742 Patent File History at August 9, 2018 Non-Final Rejection; Ex. 7, '742 Patent File History at December 10, 2018 Response to Non-Final Office Action.

6.     U.S. Patent No. 11,389,328 ("'328 Patent") issued from Application No. 16/413,466, filed May 15, 2019, and is a continuation of the '742 Patent. Ex. 5, '328 Patent, cover; Appendix Y. The '328 Patent is subject to patent term adjustments of 656 days under 35 U.S.C. § 154(b), and a terminal disclaimer, and expires on May 21, 2027. Ex. 5, '328 Patent, cover; Ex. 10, Jarosz Op. Rep. at ¶33; Appendix Y.

7.     During prosecution of the '328 Patent, Sight filed a terminal disclaimer to overcome the Examiner's double patenting rejection, disclaiming the terminal part of the '328 Patent's term, which would extend beyond the expiration dates of the '361, '443, 742, and 789 Patents. Ex. 8, '328 Patent File History at April 26, 2022 Non-Final Rejection; Ex. 9, '328 Patent File History at May 19, 2022 Response to Non-Final Office Action.

8.     Defendants filed petitions for *inter partes* review ("IPR") against the '361 and '443 Patents. Ex. 62, IPR2022-01540, Paper 2 (Petition) at 1; Ex. 61, IPR2022-01529, Paper 2 (Petition) at 1.

9.     Sight stated to the Board that the Board should exercise its discretion to deny institution of Defendants' IPRs under 35 U.S.C. § 325(d) because the same or substantially the same prior art was previously presented to the Patent Office. Ex. 64, IPR2022-01540, Paper 6 (POPR) at 9–13, 22–24; Ex. 63, IPR2022-01529, Paper 6 (POPR) at 14–21.

10. Sight represented to the Board that the claims of the '361 and '443 Patents were of "similar scope" to the '328 and '742 Patents, charted exemplary claims of the '361, '443, '328 and '742 Patents, and pointed to the Examiner's determination during prosecution of the '328 and '742 Patents that claims of the '328 and '742 Patents were "not patentably distinct from" claims of the '361 and '443 Patents. Ex. 63, IPR2022-01529, POPR at 19–21; Ex. 64, IPR2022-01540, POPR at 22–24.

| | |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Sean M. McEldowney<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Emily Sheffield<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Brian A. Verbus<br>Jacob Rambeau<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>Dated: October 12, 2023 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Andrew E. Russell, hereby certify that on October 12, 2023, this document was served on zsightsciencesivantis@cooley.com and the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Melanie K. Sharp | Michelle S. Rhyu, J.D., Ph.D. |
| James L. Higgins | Lauren Strosnick |
| Taylor E. Hallowell | Alissa Wood |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | Angela R. Madrigal |
| Rodney Square | Juan Pablo Gonzalez |
| 1000 North King Street | Jeffrey Karr |
| Wilmington, DE 19801 | COOLEY LLP |
| (302) 571-6600 | 3175 Hanover Street |
| msharp@ycst.com | Palo Alto, CA 94305 |
| jhiggins@ycst.com | (650) 843-5000 |
| thallowell@ycst.com | rhyums@cooley.com |
| | lstrosnick@cooley.com |
| Orion Armon | amwood@cooley.com |
| COOLEY LLP | jgonzalez@cooley.com |
| 1144 15th Street, Suite 2300 | amadrigal@cooley.com |
| Denver, CO 80202 | jkarr@cooley.com |
| (720) 566-4000 | |
| oarmon@cooley.com | Bonnie Fletcher Price |
| | COOLEY LLP |
| Dustin M. Knight | 1299 Pennsylvania Avenue, NW |
| Joseph Van Tassell | Suite 700 |
| COOLEY LLP | Washington, DC 20004 |
| 11951 Freedom Drive, 14th Floor | (202) 776-2099 |
| Reston, VA 20190 | bfletcherprice@cooley.com |
| (703) 456-8024 | |
| dknight@cooley.com | |
| jvantassell@cooley.com | |

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700a
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

7