IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | **Redacted - Public Version** |
| ) | |
| v. ) | C.A. No. 21-1317-GBW-SRF |
| ) | |
| IVANTIS, INC., ALCON RESEARCH ) | |
| LLC, ALCON VISION, LLC, and ALCON ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY <u>FOR LACK OF ENABLEMENT</u>**

OF COUNSEL:
Gregg LoCascio
Sean McEldowney
Justin Bova
Steven Dirks
Socrates L. Boutsikaris
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
Kat Li
Ryan J. Melde
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
Nathaniel DeLucia
Emily Sheffield
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

Brian A. Verbus
Jacob Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Noah Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Dated: October 12, 2023

1. Sight Sciences, Inc. ("Plaintiff") accuses Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc. ("Defendants") of infringement of the following claims (the "Asserted Claims") from the following patents (the "Asserted Patents"):

   (i) U.S. Patent No. 8,287,482 ("'482 patent") – claims 1, 5, 7-8, 10-11, 15, 18, 21, 23, 32, 36, 38-39, 41-42, 46, 49, 52, 54, 63, 68-70, 73, 77, and 79-80;

   (ii) U.S. Patent No. 9,370,443 ("'443 patent") – claims 1, 8, 11-12, 21, 23-24, 27, 42-43, 46, 52, 54-59, and 70-71;

   (iii) U.S. Patent No. 9,486,361 ("'361 patent") – claims 1-3 and 5-9;

   (iv) U.S. Patent No. 10,314,742 ("'742 patent") – claims 1-3, 6-9, 12-13, 15, and 17-20; and

   (v) U.S. Patent No. 11,389,328 ("'328 patent") – claims 1-2, 4-8, 12-14, 18, 21-23, and 25-26.

2. One of these three limitations: "fluid may traverse the canal without substantial interference from the support," "support does not substantially interfere with [longitudinal/transmural] flow," or "does not significantly block fluid outflow" (collectively, "Block Limitation") is recited in each of the following claims:

   (i) '482 Patent – claims 1, 5, 7-8, 10-11, 15, 18, 21, 23, 32, 36, 38-39, 41-42, 46, 49, 52, 54, 63, 68-70, 73, 77, and 79-80;

   (ii) '443 Patent – claims 1, 8, 11-12, 21, 23-24, 27, 42-43, 46, 52, 54-59, and 70-71;

   (iii) '361 Patent – claims 6-8;

   (iv) '742 Patent – claims 17-18; and

   (v) '328 Patent – claims 7-8.

3. The Court construed the Block Limitation to mean: "the support does not significantly block either fluid outflow from the trabecular meshwork or fluid outflow to the collector channels." D.I. 287; *see also* D.I. 273 at 6-7.

4. The Asserted Patents claim priority to Application No. 11/475,523, filed June 26, 2006. Ex. 1, '482 patent, cover; Ex. 2, '443 patent, cover; Ex. 3, '361 patent, cover; Ex. 4, '742 patent, cover; Ex. 5, '328 patent, cover.

5. The Asserted Patents share substantially identical specifications, except that the '443, '742, and '328 patents include an additional Figure 11D. D.I. 118 at 1.

6. A person of ordinary skill in the art of the Asserted Patents would have at least an M.D. and residency training in ophthalmology and/or an engineering degree with at least three years of experience in the field of ophthalmic/intraocular implants. *See* D.I. 118 at 4-5; Ex 15, Downs Reb. Rep. ¶ 24, 1073; Ex. 17, Tanna Op. Rep. ¶¶ 17-19.

7. Determining whether or not a support achieves the Block Limitation function requires modeling and/or testing in cadaver eye studies and/or clinical studies. Ex. 25, D. Badawi Tr. 122:23-123:5, 175:16-177:5; 178:3-25; 181:12-16; 184:2-185:5; Ex. 24, 9/28 Downs Tr. 87:13-88:22; 98:10-100:11; 105:23-106:5.

8. The Asserted Patents do not disclose any supports that are shown to achieve the Block Limitation function by modeling and/or testing in cadaver eye studies and/or clinical studies. Ex. 24, 9/28/23 Downs Tr. 66:21-67:15; 77:19-79:21; *see generally, e.g.*, Ex. 1, '482 Patent.

9. The Asserted Patents do not disclose any modeling and/or testing in cadaver eye studies and/or clinical studies. Ex. 24, 9/28/23 Downs Tr. 66:21-67:15; 77:19-79:21; *see generally, e.g.*, Ex. 1, '482 Patent.

10. The Asserted Patents do not disclose results from any modeling and/or testing in cadaver eye studies and/or clinical studies. Ex. 24, 9/28/23 Downs Tr. 66:21-67:15; 77:19-79:21; *see generally, e.g.*, Ex. 1, '482 Patent.

11. ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████ Ex. 25, D.

Badawi Tr. 164:12-17; Ex. 26, P. Badawi Tr. 146:7-11; Ex. 1, '482 Patent, at 2:55-65.

| | |
|---|---|
| OF COUNSEL:<br>Gregg LoCascio<br>Sean M. McEldowney<br>Justin Bova<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Emily Sheffield<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Brian A. Verbus<br>Jacob Rambeau<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>Dated: October 12, 2023 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I, Andrew E. Russell, hereby certify that on October 12, 2023, this document was served on zsightsciencesivantis@cooley.com and the persons listed below in the manner indicated:

**BY EMAIL**

Melanie K. Sharp
James L. Higgins
Taylor E. Hallowell
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

Orion Armon
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
oarmon@cooley.com

Dustin M. Knight
Joseph Van Tassell
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190
(703) 456-8024
dknight@cooley.com
jvantassell@cooley.com

Michelle S. Rhyu, J.D., Ph.D.
Lauren Strosnick
Alissa Wood
Angela R. Madrigal
Juan Pablo Gonzalez
Jeffrey Karr
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94305
(650) 843-5000
rhyums@cooley.com
lstrosnick@cooley.com
amwood@cooley.com
jgonzalez@cooley.com
amadrigal@cooley.com
jkarr@cooley.com

Bonnie Fletcher Price
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 776-2099
bfletcherprice@cooley.com

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700a
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*
