

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

March 1, 2024

**BY E-FILE AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

Re: *Sight Sciences, Inc. v. Ivantis, Inc., et al.*
C.A. No.:  21-1317-JLH-SRF

Dear Judge Hall:

Pursuant to the Court's February 23, 2024 Oral Order (D.I. 394), the parties hereby inform the Court that, in accordance with the Stipulation and Order to Narrow Case entered on February 27, 2024 (D.I. 396), Plaintiff Sight Sciences, Inc. will try no more than ten asserted patent claims in this case, and Defendants Ivantis Inc., Alcon Research, LLC, Alcon Vision, LLC, and Alcon Inc. will try no more than six invalidity grounds per asserted patent claim.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

cc:   All Counsel of Record (via CM/ECF and e-mail)
     Clerk of the Court (via CM/ECF and Hand Delivery)

31376066.1

**Young Conaway Stargatt & Taylor, LLP**

Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600     F   302.571.1253     YoungConaway.com