IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVANTIS, INC., ALCON RESEARCH )<br>LLC, ALCON VISION, LLC, and ALCON )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 21-1317-JLH-SRF |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendants' Motion requesting an exemption of persons from the District of Delaware's May 15, 2023, Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.  The Exemption is GRANTED.

2.  For purposes of the final pre-trial conference scheduled for March 22, 2024 in the above captioned case, Dave Schlaifer is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use his personal electronic devices.

IT IS SO ORDERED this __19th__ day of __March__, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge