IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IVANTIS, INC., ALCON RESEARCH ) <br> LLC, ALCON VISION, LLC, and ALCON ) <br> INC., ) <br> ) <br> Defendants. ) | C.A. No. 21-1317-JLH-SRF |

**DEFENDANTS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon Inc. ("Defendants") hereby move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. Trial is scheduled for April 22, 2024, with jury selection on April 19, 2024, and courtroom setup will take place prior to the trial.

3. The following individuals intend to appear at the jury selection, courtroom setup, and/or trial and require access to their electronic devices, but do not have a state issued bar card or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

**Paralegals/Trial Assistants:**

Vicki Merideth (Kirkland & Ellis LLP Paralegal)
Katherine Cantillo (Kirkland & Ellis LLP Paralegal)
Molly Portwood (Kirkland & Ellis LLP Paralegal)
Courtney Harris (Shaw Keller LLP Paralegal)
Dave Schlaifer (Kirkland & Ellis LLP Trial Technician)
Jose Lopez (Kirkland & Ellis LLP Trial Technician)

**Witnesses:**

Karen Becker, Ph.D.
Andrew Iwach, M.D.
Stephen Kunin
Paul Meyer
Angelo Tanna, M.D.
Catherine Truitt
David Van Meter

**Clients and Consultants**

Christine Bohmann (Alcon Global Head IP)
Johanna Hillard (JuryScope)
Jeffrey M. Prokop (In-house Counsel for Alcon)
Adam Pierson (In-house Counsel for Alcon)

Defendants respectfully request that the Court enter the attached proposed order exempting the above-listed individuals from the May 15, 2023 Standing Order.

Respectfully submitted,

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

OF COUNSEL:
Gregg LoCascio
Sean McEldowney
Steven Dirks
Socrates L. Boutsikaris
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
Kat Li
Ryan J. Melde
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Ryan Kane
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Brian A. Verbus
Jacob Rambeau
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Noah Frank
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Dated: April 8, 2024