IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1317-JLH-SRF |
| | ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendants' Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of trial, which is scheduled for April 22, 2024, jury selection on April 19, 2024, and any related courtroom setup in the above captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

**Paralegals/Trial Assistants:**

Vicki Merideth (Kirkland & Ellis LLP Paralegal)
Katherine Cantillo (Kirkland & Ellis LLP Paralegal)
Molly Portwood (Kirkland & Ellis LLP Paralegal)
Courtney Harris (Shaw Keller LLP Paralegal)
Dave Schlaifer (Kirkland & Ellis LLP Trial Technician)
Jose Lopez (Kirkland & Ellis LLP Trial Technician)

**Witnesses:**

Karen Becker, Ph.D.
Andrew Iwach, M.D.
Stephen Kunin
Paul Meyer
Angelo Tanna, M.D.
Catherine Truitt
David Van Meter

**Clients and Consultants**

Christine Bohmann (Alcon Global Head IP)
Johanna Hillard (JuryScope)
Jeffrey M. Prokop (In-house Counsel for Alcon)
Adam Pierson (In-house Counsel for Alcon)

IT IS SO ORDERED this  9th   day of   April    , 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge