IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1317-JLH-SRF ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC, and ALCON INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**<u>STIPULATION REGARDING PRESENTATION OF REMOTE WITNESS TESTIMONY</u>**

WHEREAS, counsel for defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC, and Alcon, Inc. ("Defendants") raised at the pretrial conference that there may be a need to present remote testimony from a former employee, *see* Transcript of March 22, 2024 Pretrial Conference, at 6:24-7:5;

WHEREAS, the witness, Andy Schieber, has informed Defendants that he needs to testify remotely due to the circumstances discussed at the pretrial conference;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that Mr. Schieber may testify remotely. The parties will coordinate with the Court's courtroom deputy regarding the technical setup.

| | |
|---|---|
| */s/ Taylor E. Hallowell* | */s/ Andrew E. Russell* |
| Melanie K. Sharp (No. 2501) | John W. Shaw (No. 3362) |
| James L. Higgins (No. 5021) | Andrew E. Russell (No. 5382) |
| Taylor E. Hallowell (No. 6815) | Nathan Hoeschen (No. 6232) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| 1000 North King Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 571-6600 | Wilmington, DE 19801 |
| msharp@ycst.com | (302) 298-0700 |
| jhiggins@ycst.com | jshaw@shawkeller.com |
| thallowell@ycst.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants* |

Dated: April 8, 2024

SO ORDERED on this __9th__ day of __April_____, 2024.

_____
The Honorable Jennifer L. Hall
United States District Court Judge

2