IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-JLH |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, ) | |
| ALCON VISION, LLC AND ALCON INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO FILE REDACTED VERSION OF D.I. 475**

Plaintiff Sight Sciences, Inc. and Defendants Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc. stipulate and agree, subject to the approval of the Court, that the time for the parties to file the redacted version of D.I. 475, Offer of Proof Regarding the Economic Comparability of the *Glaukos* Settlement Agreement, is extended through and including May 3, 2024.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Stephanie N. Vangellow* | */s/ Andrew E. Russell* |
| Melanie K. Sharp (No. 2501) | John W. Shaw (No. 3362) |
| James L. Higgins (No. 5021) | Karen E. Keller (No. 4489) |
| Stephanie N. Vangellow (No. 7277) | Andrew E. Russell (No. 5382) |
| 1000 North King Street | Nathan R. Hoeschen (No. 6232) |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 571-6600 | 1105 North Market Street, 12th Floor |
| msharp@ycst.com | Wilmington, DE 19801 |
| jhiggins@ycst.com | (302) 298-0700 |
| svangellow@ycst.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |

| | |
|---|---|
| COOLEY LLP<br>Michelle S. Rhyu<br>Jeffrey Karr<br>Lauren Strosnick<br>Alissa Wood<br>Juan Pablo González<br>Angela R. Madrigal<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>(650) 843-5000<br><br>Orion Armon<br>Eamonn Gardner<br>1144 15th Street, Suite 2300<br>Denver, CO  80202-2686<br>(720) 566-4000<br><br>Dustin M. Knight<br>Joseph Van Tassel<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5656<br>(703) 456-8000<br><br>Bonnie Fletcher Price<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004-2400<br>(202) 842-7800<br><br>*Attorneys for Sight Sciences, Inc.* | KIRKLAND & ELLIS LLP<br>Gregg LoCascio<br>Sean M. McEldowney<br>W. Todd Baker<br>Steven Dirks<br>Socrates L. Boutsikaris<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 389-5000<br><br>Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>Lydia B. Cash<br>Julie Metkus<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100<br><br>Ryan Kane<br>Nathaniel DeLucia<br>Emily C. Sheffield<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800<br><br>Brian A. Verbus<br>Jacob Rambeau<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Noah S. Frank<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>*Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc.* |
| Dated:  April 30, 2024 | |

SO ORDERED this __1st__ day of __May__, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge

31603189.1