IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-JLH |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, ) | |
| ALCON VISION, LLC AND ALCON INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
THE PROPOSED ORDER OF JUDGMENT AND JOINT STATUS REPORT**

WHEREAS, a jury trial was held in the above captioned case from April 22, 2024 through April 26, 2024;

WHEREAS, the jury returned a verdict on April 26, 2024; and

WHEREAS, Paragraph 20 of the Second Amended Scheduling Order (D.I. 93) requires the parties to "jointly submit a form of order to enter judgment on the verdict[]" and "submit a joint status report[]" within seven days after a jury returns a verdict in any portion of a jury trial;

NOW, THEREFORE, Plaintiff Sight Sciences, Inc. and Defendants, Ivantis, Inc., Alcon Research LLC, Alcon Vision LLC, and Alcon, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to file a form of order to enter judgment on the verdict and a joint status report is extended through and including May 6, 2024.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| /s/ James L. Higgins | /s/ John W. Shaw |
| Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Stephanie N. Vangellow (No. 7277)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>svangellow@ycst.com | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| COOLEY LLP<br>Michelle S. Rhyu<br>Jeffrey Karr<br>Lauren Strosnick<br>Alissa Wood<br>Juan Pablo González<br>Angela R. Madrigal<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>(650) 843-5000 | KIRKLAND & ELLIS LLP<br>Gregg LoCascio<br>Sean M. McEldowney<br>W. Todd Baker<br>Steven Dirks<br>Socrates L. Boutsikaris<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>(202) 389-5000 |
| Orion Armon<br>Eamonn Gardner<br>1144 15th Street, Suite 2300<br>Denver, CO  80202-2686<br>(720) 566-4000 | Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>Lydia B. Cash<br>Julie Metkus<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100 |
| Dustin M. Knight<br>Joseph Van Tassel<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5656<br>(703) 456-8000 | Ryan Kane<br>Nathaniel DeLucia<br>Emily C. Sheffield<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800 |
| Bonnie Fletcher Price<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004-2400<br>(202) 842-7800 | Brian A. Verbus<br>Jacob Rambeau<br>300 N. LaSalle |
| *Attorneys for Sight Sciences, Inc.* | |

                                                    Chicago, IL 60654
                                                    (312) 862-2000

                                                    Noah S. Frank
                                                    200 Clarendon Street
                                                    Boston, MA 02116
                                                    (617) 385-7500

Dated: May 3, 2024                                 *Attorneys for Ivantis, Inc., Alcon Research LLC, Alcon Vision, LLC and Alcon Inc.*

        SO ORDERED this _____ day of _____, 2024.

                                                                _____
                                                                 United States District Judge