IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| SIGHT SCIENCES, INC., | ) | |
|---|---|---|
| | ) | C. A. No.: 21-1317-JLH |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, | ) | |
| ALCON VISION, LLC AND ALCON INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ADMITTED EXHIBIT LIST**

| TX | Native, Non-PDF |
|---|---|
| DTX0066 | |
| DTX0072 | |
| DTX0096A | (DTX0096 is sldprt file, DTX0096A is a screenshot) |
| DTX0115 | |
| DTX0118 | |
| DTX0119 | |
| DTX0125 | |
| DTX0136 | |
| DTX0142 | |
| DTX0165 | |
| DTX0166 | |
| DTX0167 | |
| DTX0194 | |
| DTX0195 | |
| DTX0218 | |
| DTX0233 | |
| DTX0260 | |
| DTX0267 | |
| DTX0269 | |
| DTX0270 | |
| DTX0302 | |
| DTX0304 | |
| DTX0306 | |
| DTX0315 | |
| DTX0319 | |
| DTX0331 | |
| DTX0364 | |
| DTX0419 | |

| | |
|---|---|
| DTX0626 | |
| DTX0641A | (DTX0641 is sldasm file, DTX0641A is pdf) |
| DTX0711 | |
| DTX0778 | |
| DTX0791 | |
| DTX0793 | |
| DTX0817 | |
| DTX0821 | |
| DTX0825 | |
| DTX0838 | |
| DTX0893 | |
| DTX0985 | |
| DTX0988 | |
| DTX0992 | |
| DTX1027 | |
| DTX1028 | |
| DTX1039 | |
| DTX1044 | |
| DTX1100A | (DTX1100 is sldprt file; -A is not) |
| DTX1102A | (same comment as above) |
| DTX1107 | |
| DTX1127 | |
| DTX1184 | |
| DTX1188 | |
| DTX1191 | |
| DTX1196 | |
| DTX1212 | |
| DTX1214 | |
| DTX1313 | |
| DTX1324 | |
| DTX1341 | |
| DTX1342 | |
| DTX1343 | |
| DTX1344 | |
| DTX1351 | |
| DTX1357 | |
| DTX1358 | |
| DTX1359 | |
| DTX1360 | |
| DTX1396 | |
| DTX1397 | |
| DTX1398 | |

| | |
|---|---|
| DTX1399 | |
| DTX1400 | |
| DTX1401 | |
| DTX1402 | |
| DTX1403 | |
| DTX1404 | |
| DTX1405 | |
| DTX1406 | |
| DTX1407 | |
| DTX1416 | |
| DTX1417 | |
| DTX1418 | |
| DTX1419 | |
| DTX1420 | |
| DTX1421 | |
| DTX1422 | |
| DTX1423 | |
| DTX1424 | |
| JTX0001 | |
| JTX0002 | |
| JTX0005 | |
| JTX0006 | |
| JTX0007 | |
| JTX0010 | |
| JTX0011 | |
| JTX0012 | |
| JTX0013 | |
| JTX0017 | |
| JTX0019 | |
| PTX0036 | |
| PTX0046 | |
| PTX0049 | |
| PTX0052 | |
| PTX0053 | |
| PTX0057 | |
| PTX0060 | |
| PTX0062 | |
| PTX0092 | |
| PTX0108 | native pptx |
| PTX0112 | |
| PTX0116 | |
| PTX0120 | |
| PTX0123 | Excel file |
| PTX0129 | |
| PTX0196 | |
| PTX0227 | |

| | |
|---|---|
| PTX0230 | |
| PTX0240 | |
| PTX0267 | |
| PTX0276 | |
| PTX0282 | |
| PTX0346 | |
| PTX0357 | |
| PTX0397 | |
| PTX0401 | |
| PTX0402 | |
| PTX0418 | |
| PTX0446 | |
| PTX0459 | |
| PTX0466 | |
| PTX0480 | |
| PTX0503 | |
| PTX0517 | |
| PTX0585 | mp4 |
| PTX0586A | |
| PTX0616 | |
| PTX0687 | |
| PTX0694 | |
| PTX0700 | |
| PTX0701 | |
| PTX0702 | |
| PTX0703 | |
| PTX0704 | |
| PTX0705 | |
| PTX0706 | |
| PTX0707 | |
| PTX0708 | |
| PTX0709 | |
| PTX0710 | |
| PTX0711 | |
| PTX0712 | |
| PTX0713 | |
| PTX0720 | |
| PTX0721 | |
| PTX0726 | |