OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

May 9, 2024

**Melanie K. Sharp**
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

RE: **Sight Sciences, Inc. v. Ivantis, Inc.** 1:21-cv-01317-JLH-SRF

Dear Counsel,

    I am returning to you Plaintiff's, Defendants', and Joint Exhibits from Jury deliberations consisting of **6 boxes** and **1 laptop**. Please acknowledge receipt of said items on the copy of this letter.

Sincerely,

By: _____
Deputy Clerk

I hereby acknowledge receipt of the above exhibits on  5/9/24 .

_____
Signature

_____YCST_____
Firm/Affiliate