IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC AND ALCON INC., <br><br> Defendants. | C. A. No.: 21-1317-JLH <br><br> **JURY TRIAL DEMANDED** |

## JUDGMENT FOLLOWING JURY VERDICT

Pursuant to the Jury Verdict of April 26, 2024, JUDGMENT is hereby entered under Federal Rule of Civil Procedure 58 as follows:

1. Judgment is entered in favor of Plaintiff Sight Sciences, Inc. and against Defendants Ivantis, Inc.; Alcon Research LLC; Alcon Vision LLC; and Alcon Inc. with respect to Plaintiff's claims of direct infringement of claim 11 of U.S. Patent No. 8,287,482 (the "'482 patent") and claims 8, 24, and 58 of U.S. Patent No. 9,370,443 (the "'443 patent") and with respect to Plaintiff's claims of induced infringement of claim 18 of U.S. Patent No. 11,389,328 (the "'328 patent") (collectively "the Asserted Claims").

2. Judgment is entered in favor of Plaintiff and against Defendants with respect to Defendants' claims for declaratory judgments that the Asserted Claims are invalid and not infringed.

3. Judgment is entered in favor of Plaintiff and against Defendants for lost profits damages in the amount of $5.5 million and reasonable royalty damages in the amount of $28.5 million for total damages in the amount of $34 million for Defendants' infringement of the Asserted Claims through April 26, 2024.

4.  Judgment is entered in favor of Plaintiff and against Defendants that Defendants' infringement was willful.

5.  Judgment is entered in favor of Plaintiff that Defendants have not shown invalidity by anticipation for claim 8 of the '443 patent.

6.  Judgment is entered in favor of Plaintiff that Defendants have not shown invalidity based on obviousness for the Asserted Claims of the '482, '443, and '328 patents.

7.  Judgment is entered in favor of Plaintiff that Defendants have not shown invalidity for lack of written description or lack of enablement for claim 11 of the '482 patent and claims 8, 24, and 58 of the '443 patent.

It is further ordered that this Judgment shall have the effect of denying all oral and written motions made by the parties during the trial pursuant to and in accordance with Federal Rule of Civil Procedure 50(a), without prejudice to, and subject to, such motions being renewed as post-trial motions.

It is still further ordered that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

SO ORDERED this 21st day of May, 2024.

The Honorable Jennifer L. Hall
United States District Judge