IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-JLH |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, ) | |
| ALCON VISION, LLC AND ALCON INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Melanie K. Sharp, of Young Conaway Stargatt & Taylor, LLP, hereby withdraws her appearance as counsel of record on behalf of Plaintiff Sight Sciences, Inc. in the above-captioned matter. Sight Sciences, Inc. continues to be represented in this matter by James L. Higgins and Stephanie N. Vangellow of Young Conaway Stargatt & Taylor, LLP as well as all counsel of record from Cooley LLP.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Stephanie N. Vangellow* |
| COOLEY LLP | James L. Higgins (No. 5021) |
| Michelle S. Rhyu | Stephanie N. Vangellow (No. 7277) |
| Jeffrey Karr | 1000 North King Street |
| Lauren Strosnick | Wilmington, DE  19801 |
| Alissa Wood | (302) 571-6600 |
| Juan Pablo González | jhiggins@ycst.com |
| Angela R. Madrigal | svangellow@ycst.com |
| 3175 Hanover Street |  |
| Palo Alto, CA  94304-1130 |  |
| (650) 843-5000 | *Attorneys for Sight Sciences, Inc.* |

Orion Armon
Eamonn Gardner
1144 15th Street, Suite 2300
Denver, CO  80202-2686
(720) 566-4000

Dustin M. Knight
Joseph Van Tassel
Reston Town Center
11951 Freedom Drive, 14th Floor
Reston, VA  20190-5656
(703) 456-8000

Bonnie Fletcher Price
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004-2400
(202) 842-7800

Dated: June 18, 2024

31761883.1