IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No.: 21-1317-JLH-SRF ) |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC AND ALCON INC., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Now, this 3rd day of October, 2024, upon consideration of the parties' Joint Status Report (D.I. 562) and Defendants' Request for Oral Argument (D.I. 550), IT IS HEREBY ORDERED as follows:

1. On or before October 10, 2024, Plaintiff may file a five-page declaration from John Jarosz. Mr. Jarosz's declaration is limited to responding to the opinions in Paul Meyer's recent declaration. Plaintiff may also file a supplemental reply brief consisting of no more than one page; the Court will not consider arguments that could have been raised in the opening brief.

2. On or before October 21, 2024, Defendants may file a responsive five-page declaration from Paul Meyer and a one-page sur-reply brief.

3. Beginning at 1:00 p.m. on December 12, 2024, the Court will hear argument on all pending motions. The parties shall notify the Court, by joint letter submission, no later than December 5, 2024 (i) whether they request leave to present testimony at the hearing; and (ii) the amount of time they are requesting be allocated to them for the hearing.

October 3, 2024

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE