IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., ) | |
| ) | C. A. No.: 21-1317-JLH-SRF |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| IVANTIS, INC., ALCON RESEARCH LLC, ) | |
| ALCON VISION, LLC AND ALCON INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to D.I. 581, the parties submit this joint status report on mediation. On January 31, 2025, the parties mediated before the Honorable Faith Hochberg (Ret.) at Kirkland & Ellis's New York offices. Sight Sciences was represented at the mediation by Orion Armon and Alcon and Ivantis were represented at the mediation by Jeannie Heffernan. In-house counsel for both parties were also present. The mediation lasted for approximately four hours. The parties are continuing to engage in good-faith mediation efforts, which they expect will continue over the next two weeks. The parties will provide a status update on or before February 21, 2025.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| /s/ James L. Higgins | /s/ Andrew E. Russell |
| James L. Higgins (No. 5021)<br>Stephanie N. Vangellow (No. 7277)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>jhiggins@ycst.com<br>svangellow@ycst.com | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| COOLEY LLP<br>Michelle S. Rhyu<br>Jeffrey Karr<br>Lauren Strosnick<br>Alissa Wood<br>Juan Pablo González<br>Angela R. Madrigal<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000 | OF COUNSEL:<br>Gregg LoCascio<br>Sean M. McEldowney<br>Steven Dirks<br>Socrates L. Boutsikaris<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000 |
| Orion Armon<br>Eamonn Gardner<br>1144 15th Street, Suite 2300<br>Denver, CO 80202-2686<br>(720) 566-4000 | Jeanne M. Heffernan<br>Kat Li<br>Ryan J. Melde<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100 |
| Dustin M. Knight<br>Joseph Van Tassel<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656<br>(703) 456-8000 | Ryan Kane<br>Nathaniel DeLucia<br>Emily Sheffield<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| Bonnie Fletcher Price<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800 | |
| *Attorneys for Sight Sciences, Inc.* | |

Dated: February 7, 2025

>Brian A. Verbus
>Jacob Rambeau
>KIRKLAND & ELLIS LLP
>300 N. LaSalle
>Chicago, IL 60654
>(312) 862-2000
>
>Noah S. Frank
>KIRKLAND & ELLIS LLP
>200 Clarendon Street
>Boston, MA 02116
>(617) 385-7500
>
>*Attorneys for Ivantis, Inc., Alcon Research, LLC, Alcon Vision, LLC and Alcon Inc.*