IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No.: 21-1317-JLH-SRF |
| IVANTIS, INC., ALCON RESEARCH LLC, ALCON VISION, LLC AND ALCON INC., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington, this 5th day of March, 2026:

WHEREAS, Defendants filed a Motion to Amend the Judgment to Hold Claims 8, 24, and 58 of [U.S. Patent No. 9,370,443] are Invalid for Obviousness-Type Double Patenting (D.I. 513);

WHEREAS, after Defendants filed their motion, the Federal Circuit issued a precedential opinion holding that "a first-filed, first-issued, later-expiring claim cannot be invalidated by a later-filed, later-issued, earlier-expiring reference claim having a common priority date," *Allergan USA, Inc. v. MSN Lab'ys Priv. Ltd.*, 111 F.4th 1358, 1369 (Fed. Cir. 2024);

WHEREAS, Defendants acknowledge that "*Allergan* precludes this Court granting Defendants' motion" (D.I. 548 at 1);

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Amend the Judgment to Hold Claims 8, 24, and 58 of the '443 Patent are Invalid for Obviousness-Type Double Patenting (D.I. 513) is DENIED.

_____
Jennifer L. Hall
U.S. District Judge