# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIGHT SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   C.A. No. 21-1317-JLH-SRF |
| IVANTIS, INC., ALCON RESEARCH LLC, | ) |
| ALCON VISION, LLC, and ALCON INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 27th day of March, 2026, for the reasons explained in the Memorandum Opinion entered on March 27, 2026,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Permanent Injunction or, In the Alternative, for Ongoing Royalties; Enhanced Damages; Supplemental Damages; Pre-Judgment Interest; and Post-Judgment Interest (D.I. 515) is GRANTED-IN-PART and DENIED-IN-PART as follows:

1. Plaintiff's request for a permanent injunction is DENIED.

2. Plaintiff's requests for ongoing royalties and for royalties on sales made between the date of the verdict and the date of the final judgment are GRANTED. The Court determines that the appropriate royalty rate is 10% of Hydrus revenue.

3. Plaintiff's request for enhanced damages under 35 U.S.C. § 284 is DENIED.

4. Plaintiff's requests for pre- and post-judgment interest are GRANTED. Pre-judgment interest shall be calculated in accordance with the United States Treasury bill rate, compounded monthly. Post-judgment interest shall be calculated in accordance with 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that Defendants' Motion for Judgment as a Matter of Law ("JMOL") and for a New Trial (D.I. 512) is DENIED.

IT IS FURTHER ORDERED that, within fourteen days of this Order, the parties shall meet and confer and submit to the Court (1) a joint proposed Order governing the payment of ongoing royalties, (2) a joint proposed form of Final Judgment consistent with this Order and the Court's corresponding Memorandum Opinion, and (3) a joint status report setting forth the parties position(s) on all remaining disputes (if any) that need to be decided before the Court enters the Final Judgment and closes the case.

IT IS FINALLY ORDERED that, within seven days of this Order, Plaintiff shall file on the docket a copy of the claim constructions that were provided to the jury in the jury binders at trial.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE